UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN F. CASS, <br>     Plaintiff, <br><br> v. <br><br> TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 1:17-cv-11441 |

# DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AFFIRMATIVE DEFENSES AND JURY DEMAND

The defendants incorporate by reference their Answers to Plaintiff's original Complaint. Docket Nos. 14-20. As to the additional allegations contained in Plaintiff's First Amended Complaint, the Defendants answer as follows:

39. Denied.

53. Denied.

54. Denied.

## COUNT VII
### INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS
### (Paul Stein, Brad Crozier and Allyson Mizoguchi)

128. The defendants repeat and incorporate by reference their responses to paragraphs 1 through 127.

129. The defendants admit that Cass had a one-year Employment Agreement with the Wayland School Department which, by its terms, did not automatically renew for the following year.

130. Denied.

131. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim against the defendants upon which relief can be granted and, therefore, should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because to the extent he has suffered any damages, such damages were not proximately caused by the defendants.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the First Amendment of the United States Constitution and Article 16 of the Declaration of Rights of the Massachusetts Constitution.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because he failed to mitigate his damages, if any.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff is comparatively or contributorily responsible for his own damages, if any.

### SIXTH AFFIRMATIVE DEFENSE

The defendants had legitimate non-retaliatory reasons for engaging in the conduct ascribed to them in Plaintiff's Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

The defendants did not initiate criminal proceedings against the plaintiff and, therefore, the plaintiff cannot recover.

### EIGHTH AFFIRMATIVE DEFENSE

The plaintiff failed to make proper presentment under M.G.L. Chapter 258. In addition, plaintiff's claims of intentional torts against the Town of Wayland are barred by Mass. Gen. Laws, Chapter 258, § 10(c).

### NINTH AFFIRMATIVE DEFENSE

The plaintiff's claims in Count II are barred by the statute of limitations.

### TENTH AFFIRMATIVE DEFENSE

The plaintiff's non-federal claims are barred by the exclusionary provision of the Mass. Whistleblower Act, Mass. Gen. Laws, Chapter 149, §185(f).

### ELEVENTH AFFIRMATIVE DEFENSE

The plaintiff's claim for defamation is barred because even if plaintiff's "mugshot" can be considered an actionable statement, the statement is true.

### TWELFTH AFFIRMATIVE DEFENSE

The School defendants enjoy a conditional privilege to perform and conduct plaintiff's Performance Evaluation.

WHEREFORE, the defendants deny the plaintiff is entitled to the requested relief, and instead pray for relief as follows:

a. That the plaintiff's Complaint be dismissed;

b. If the plaintiff's Complaint is not dismissed, then judgment be entered in favor of the defendants, and the defendants be awarded their legal fees and costs.

### JURY DEMAND

The defendants demand a trial by jury.

Respectfully submitted,
The Defendants,
TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI AND JAMIE BERGER,
By their attorneys,
**PIERCE DAVIS & PERRITANO LLP**

*/s/ Adam Simms*
Adam Simms, BBO #632617
John M. Wilusz, BBO #684950
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 10, 2018.

*/s/ Adam Simms*
Adam Simms