UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER,<br>    Defendants. | C.A. NO. 1:17-cv-11441 |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Ryan A. Rucki as attorney for the Plaintiff, Stephen F. Cass, in this case. Mr. Rucki's employment with Torres, Scammon, Hincks & Day, LLP ended on May 25, 2018. Due to an inadvertent oversite, Mr. Rucki failed to file a notice of withdrawal in this matter.

Please note that Benjamin L. Hincks, Krsisten S. Scammon, Samuel L. Martin and the law firm of Torres, Scammon, Hincks & Day, LLP are currently counsel to Plaintiff, Stephen F. Cass.

Respectfully submitted,

Ryan A. Rucki,

*/s/ Ryan A. Rucki*
Ryan A. Rucki (BBO# 680227)
KENNEY & SAMS, P.C.
Old City Hall
45 School Street
Boston, MA 02108
T: (508) 490-8500
E: rarucki@kandslegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 17, 2018.

                                      */s/ Ryan A. Rucki*
                                      Ryan A. Rucki