**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN F. CASS, | |
| Plaintiff, | |
| v. | |
| TOWN OF WAYLAND, WAYLAND | CIVIL ACTION NO.: 1:17-CV-11441 |
| PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI and JAMES BERGER [Misnamed], | |
| Defendants. | |

## MOTION FOR LEAVE TO FILE A SHORT REPLY MEMORANDUM

Pursuant to Local Rule 7.1(b)(3), Benjamin L. Hincks, Esq., Kristen S. Scammon, Esq. and the Firm of Torres, Scammon, Hincks & Day, LLP (collectively, the "Firm"), respectfully seek leave of the Court to file a Reply Memorandum of not more the two (2) pages in order to respond, briefly, to arguments set forth in Defendants' Opposition to Plaintiff's Counsel's Motion for Leave to Withdraw.

Respectfully submitted,

**STEPHEN F. CASS,**

By his attorneys,

/s/ Benjamin L. Hincks
Benjamin L. Hincks (BBO# 630685)
Kristen S. Scammon (BBO# 634586)
TORRES, SCAMMON, HINCKS & DAY, LLP
35 India Street
Boston, MA 02110
T: (617) 307-4426
E: bhincks@tshdlegal.com
Dated: August 20, 2018                 E: kscammon@tshdlegal.com

### Certificate of Service

I hereby certify that on August 20, 2018, the above entitled document has been served on all counsel of record through the Court's ECF system. In addition, the above was also served by email and regular mail on Stephen F. Cass.

/s/ Benjamin L. Hincks

### Local Rule 7.1 Certification

I hereby certify that on August 20, 2018 I contacted counsel for the other parties in the litigation in an attempt to eliminate or narrow the issues in the Motion. Opposing counsel indicated that he assents to the motion.

/s/ Benjamin L. Hincks