UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN F. CASS,<br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER,<br>　　　　Defendants. | C.A. NO. 1:17-cv-11441 |

**UNOPPOSED MOTION TO EXTEND
DEADLINE FOR FILING RULE 56 MOTIONS**

The defendants hereby move to extend the deadline for filing Rule 56 summary judgment motion from October 5, 2018, until thirty (30) days from the time this Court rules on plaintiff's counsel's Motion To Withdraw As Counsel or whatever date the Court deems appropriate. As good cause shown, the defendants' state as follows:

(1) Under the current deadline, motions for summary judgment are due on October 5, 2018.

(2) On September 5, 2018, this Court held a hearing in connection with plaintiff's counsel's Motion To Withdraw As Counsel. At the conclusion thereof, the Court referred the matter to United States Magistrate Court Judge Boal. Magistrate Judge Boal, in turn, has scheduled a hearing on plaintiff's counsel's Motion To Withdraw As Counsel for September 13, 2018.

(3) Accordingly, under the current schedule, the defendants may have to file their motion for summary judgment before the Court rules on plaintiff's counsel's Motion To Withdraw As Counsel. Should the Court allow the Motion, then, in all

likelihood, successor counsel will require additional time to familiarize himself with the case and/or request some additional time to take discovery. Discovery closed on September 4, 2018. The defendants do not believe any additional discovery is necessary or appropriate, but the defendants realize that successor counsel may have a different view.

(4)     No status or pretrial conference is presently scheduled by the Court.

(5)     Plaintiff is not seeking injunctive relief and no party will be prejudiced should the Court allow this Motion.

(6)     The Plaintiff does not intend to oppose this motion.

WHEREFORE, for good cause shown, the defendants request that this Court amend the existing schedule by setting the Rule 56 deadline until 30 days from the date the Court rules on plaintiff's counsel's Motion To Withdraw As Counsel or whatever date the Court deems appropriate.

> Respectfully submitted,
> The Defendants,
> TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI AND JAMIE BERGER,
> By their attorneys,
> **PIERCE DAVIS & PERRITANO LLP**
>
> /s/ Adam Simms
> Adam Simms, BBO #632617
> John M. Wilusz, BBO #684950
> John J. Davis, BBO #115890
> 10 Post Office Square, Suite 1100N
> Boston, MA 02109
> (617) 350-0950
> asimms@piercedavis.com
> jwilusz@piercedavis.com
> jdavis@piercedavis.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 12, 2018.

/s/ Adam Simms
Adam Simms