**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STEPHEN CASS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TOWN OF WAYLAND, WAYLAND PUBLIC )<br>SCHOOLS, WAYLAND POLICE  )<br>DEPARTMENT, PAUL STEIN, BRAD  )<br>CROZIER, ALLYSON MIZOGUCHI, AND  )<br>JAMES BERGER  )<br>)<br>)<br>Defendants.  )<br>) | Civil Action No. 1:17-cv-11441 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please add the appearance of Todd D. White, Adler Pollock & Sheehan, PC, as counsel for Plaintiff Stephen F. Cass in the above-referenced action.

Respectfully submitted,

**STEPHEN F. CASS**,

By his attorneys,

/s/ *Todd D. White*
Todd D. White (BBO #565924)
ADLER POLLOCK & SHEEHAN, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: (401) 274-7200
Fax: (401) 351-4607
twhite@apslaw.com

Dated: October 11, 2018

**Certificate of Service**

I hereby certify that on this 11th day of October 2018, a true copy of the above document was served upon the attorneys of record for each other party through the Court's ECF system.

/s/ *Todd D. White*
Todd D. White