# EXHIBIT 27



Stephen Cass <stephen_cass@wayland.k12.ma.us>

## Letter to coaches
10 messages

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>                        Mon, Aug 25, 2014 at 10:33 PM
To: Amanda Cosenza <Amanda_Cosenza@wayland.k12.ma.us>, chris@bikewaysource.com, David Gavron <david_gavron@wayland.k12.ma.us>, Dennis Doherty <Dennis_Doherty@wayland.k12.ma.us>, Erica Jane Kluge <ejkluge@hotmail.com>, reeves414@gmail.com, skigca3@mac.com, Guy Enoch <Coachge@aol.com>, Joel Bates <joel@royallax.com>, Joseph Cincotta <joseph_cincotta@wayland.k12.ma.us>, Kristen Douglas <kristen.m.douglas@gmail.com>, Kristine Norrman <knorrman@clarku.edu>, llayam@hotmail.com, youngfols@yahoo.com, Peter Galalis <peter_galalis@wayland.k12.ma.us>, Rian Murray <Rian_Murray@wayland.k12.ma.us>, Fletcher Barbara <brfletcher@comcast.net>, Scott Parseghian <scott_parseghian@wayland.k12.ma.us>, Sean Chase <sean_chase@wayland.k12.ma.us>, shawnmpowers@yahoo.com, Shelly Fraser <shelly_fraser@wayland.k12.ma.us>, tanthoine@gmail.com, winkvo@me.com
Cc: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Hi all,

Hope you've enjoyed a wonderful summer! Prior to tomorrow evening's coaches meeting, please take a moment to peruse this memo from me and Stephen about a few fundraising guidelines we've been discussing. We'll chat about any and all questions tomorrow at the meeting.

Looking forward to seeing you all then.

Thanks,

Allyson

--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746



JW EXHIBIT 6/12/18
#91
MIZOGUCHI

📎 Lettertocoaches.8.14.pdf
   188K

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>                                  Mon, Aug 25, 2014 at 10:57 PM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>
Cc: Amanda Cosenza <Amanda_Cosenza@wayland.k12.ma.us>, Chris Li <chris@bikewaysource.com>, Dennis Doherty <Dennis_Doherty@wayland.k12.ma.us>, Erica Jane Kluge <ejkluge@hotmail.com>, Erin Reeves <reeves414@gmail.com>, George Conlin <skigca3@mac.com>, Joel Bates <joel@royallax.com>, Joseph Cincotta <joseph_cincotta@wayland.k12.ma.us>, Mike Foley <youngfols@yahoo.com>, Peter Galalis <peter_galalis@wayland.k12.ma.us>, Rian Murray <Rian_Murray@wayland.k12.ma.us>, Fletcher Barbara <brfletcher@comcast.net>, "shawnmpowers@yahoo.com" <shawnmpowers@yahoo.com>, Wink van Ogtrop <winkvo@me.com>

SFC000379
fundraising

Winter and Spring Coaches,

Please do not be confused by the email you just received - you are NOT required to be at the meeting tomorrow...it is only for fall coaches.

Stephen
[Quoted text hidden]

Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>                     Mon, Aug 25, 2014 at 11:03 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Very nice...will you have time to meet tmrw to go over particulars - you know, get ducks in a row
My day will be busy but fairly free

On Mon, Aug 25, 2014 at 10:33 PM, Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us> wrote:
[Quoted text hidden]

Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Joel Bates** <joel@royallax.com>                                    Mon, Aug 25, 2014 at 11:04 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>, Stephen Cass <stephen_cass@wayland.k12.ma.us>

Hi Allyson

Hope you have had a great summer. I am confused by this email, mostly the meeting tomorrow. I did not receive an invitation to this meeting. Did I receive this email in error?

Joel

On Mon, Aug 25, 2014 at 10:33 PM, Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us> wrote:
[Quoted text hidden]

Joel W. Bates
**Royal Lacrosse LLC**
(516)521.6619 Cell

SFC000380

**Follow the Crown on** **Facebook** **Twitter**

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>    Mon, Aug 25, 2014 at 11:06 PM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Ack! Was this for all coaches? Sorry if I sent to too many people...

A

[Quoted text hidden]

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>    Mon, Aug 25, 2014 at 11:12 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

All good...No need to reply, I already sent a quick email out to all Winter and Spring coaches letting them know they do not have to attend.
I guess we had a signal crossed.


"Winter and Spring Coaches,

Please do not be confused by the email you just received - you are NOT required to be at the meeting tomorrow...it is only for fall coaches.

Stephen"
[Quoted text hidden]

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>    Mon, Aug 25, 2014 at 11:14 PM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Thanks!

Already got an email from Guy about cookie dough. Where are you going to stand with that one?

A
[Quoted text hidden]

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>    Mon, Aug 25, 2014 at 11:35 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

We need to talk about all these things...
50/50 at football, Cookie Dough, football email solicitation, etc
the whole point is to eliminate all of this...it needs to be crystal clear that you can only solicit if there is a real purpose behind the fundraising - that's the whole problem (coaches building slush funds and wasting the parents money - or worse, using funds given by local businesses or people to buy personal items tshirts, etc)

SFC000381

the issue is not really 'door-to-door', it's rampant solicitation without a real purpose, both at school and in the community

[Quoted text hidden]

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>   Sun, Sep 7, 2014 at 6:45 PM
To: David Gavron <david_gavron@wayland.k12.ma.us>

Hello David,

I was at the WAYS event yesterday and surprised to see the boys soccer team selling raffle tickets.

This is the exact type of fundraising that is no longer being permitted - per Allyson's letter (see attached) and Paul Stein. It was also discussed in some detail at the varsity coach's portion of the fall coach's meeting.

If you are planning on doing any fundraising, that needs to be approved by me and Allyson...I think that was inferred in her letter but not clearly stated. If you are doing fundraising and/or have an event planned, please submit some kind of document identifying specifically how you intend to raise money and exactly (either in dollars or percentages) how the money will be spent. Allyson and I will then discuss the event/cause and make a decision on whether to allow it.

Again, to reiterate what is stated in and the intent of Allyson's letter - selling of goods, raffles (like yours and the 50/50 football raffle), and solicitation of any kind is not longer allowed, except in exceptional situations.

Thank you,

Stephen

[Quoted text hidden]

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

 Lettertocoaches.8.14.pdf
188K

---

**David Gavron** <david_gavron@wayland.k12.ma.us>   Wed, Sep 10, 2014 at 11:18 AM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Stephen,

Thank you for the email.

I had my fundraising approved by Scott last spring, prior to the updates that you and Allyson shared. In the past, Scott was the person who we needed to get approval from since he knew when all of the other clubs and school groups were fundraising and what their activities were. This helped prevent us from doing the same thing that another group had done for a fundraising activity.

SFC000382

Our drawing is set up so that anyone who requests a ticket for free is entitled to one. The drawing tickets follow the district guidelines. These guidelines make it clear that raffles are no longer an option.

I will put together a document that details what our events are and what the funds are being used for.

Thank you for explaining how we should proceed with fundraising as we go forward.

Sincerely,

David

[Quoted text hidden]

--
*David R. Gavron*
*Teacher - Social Studies & Business*
*Varsity Boys' Soccer Coach*
*Wayland High School*
*508.358.3726*
*WHSTwitter: @MrGavron*
*WHS Soccer Twitter: @WaylandSoccer*

---

All email messages and attached content sent from and to this email account are public records unless qualified as an exemption under the Massachusetts Public Records Law.