EXHIBIT 42

**To:** c jones[888cej@gmail.com]
**From:** Paul Stein
**Sent:** Fri 11/28/2014 6:12:35 PM
**Subject:** Re: Thanksgiving Football Game- IMPORTANT



Thanks. I spoke to him now.

Sent from my iPhone

On Nov 28, 2014, at 12:34 PM, c jones <888cej@gmail.com> wrote:

> Yes.  Mike's number is 508-922-9699.  Thank you.
>
> On Fri, Nov 28, 2014 at 12:33 PM, Paul Stein <paul_stein@wayland.k12.ma.us> wrote:
>
>> Thanks for this email. Can I ask if you have Mike's phone number? I am in New York visiting my mother and brother and I do not have access to his phone. Thanks if you can help. - Paul
>>
>>
>> Sent from my iPad
>>
>> On Nov 28, 2014, at 12:20 PM, c jones <888cej@gmail.com> wrote:
>>
>>> Dr Stein. I am sending this to you privately.  Hopefully you can make sure Mike Henley gets an apology and is cleared from any ridiculous "investigation" that is going on.
>>> Amidst the fiasco of yesterday morning, there was ONE person who stood up and tried to save the town from this embarrassment and that was Mike.  Mike was called at 8:30am to see if he had a plow with a special plastic blade.  He was out of his house and at the high school in ten minutes with his new plow with a plastic blade.  He went directly to Steve Cass and asked him if he wanted his help clearing the field.  Cass said "give it a try".  This was witnessed by a number of people and most of the Wayland Police Department was there watching Mike start the plowing.
>>> In 30 minutes, Mike was able to plow half of the field.  He would have had the fields cleared by 9:45am and with the delayed start of 11am, everything would have been fine.  At some point, Cass made the unfortunate decision to cancel the game, so Mike stopped the plowing.
>>>
>>> I have since learned that the Mike is facing issues from the town and the police department for his attempt to save the town from this embarrassment.  This is utterly ridiculous. Outrageous.  Mike had some disturbing phone calls from the town yesterday indicating he may be facing a lawsuit?  Seriously?  Mike was the hero yesterday volunteering his time and equipment on Thanksgiving when he should have been home with his family.  To hear that Mike is being investigated is extremely disturbing.  He was trying to help a very bad situation AND he was authorized by Steve Cass to clear the field.
>>>
>>> I really think you need to reach out to Mike Henley with a personal apology.  We also need your help to make sure Mike is cleared from any investigation from the town and the police.
>>>
>>> Hopefully you can make this happen quickly.  You might want to consider having Mike be the honorary captain tomorrow at the coin toss.  He was the hero and he would have saved the game if it wasn't for the decision of Mr Cass to cancel the game.
>>>
>>> Please let me know how you are handling.  Hopefully, this can be done quickly and without any problem.  Mike is a lifetime Wayland resident and beloved by thousands in this town and if word gets out on this it will simply create another huge embarrassment for the town and the schools.  Thank you.

Clayton Jones
74 Old Connecticut Path
Wayland, MA 01778
561-420-9932

On Fri, Nov 28, 2014 at 10:53 AM, Paul Stein <paul_stein@wayland.k12.ma.us> wrote:

As of this writing, I want to assure everyone that our Department of Public Works has been
hard at work clearing the fields this morning. They have assured me that it will be ready for
play for tomorrow's 10 AM game, and I thank them for that.

I will make no excuses for what turned into a fiasco yesterday and want to apologize. I am
sorry for all the disappointment and the unravelling of all the well-made plans on each family's
part. I am appreciative of all of the people who have come forward to volunteer their time and
resources. I know how important this tradition is, as does Nan Balmer, and am also sorry that
so many of you had to spend your Thanksgiving Day dismayed over this situation. We'll work
to make sure we have contingency plans in the future. For now, my hope is that we can at least
partially repair what's taken place by enjoying tomorrow's game and by bringing us back
together to re-instill the very Warrior pride that led to your rightfully impassioned emails.

Sincerely,

Paul Stein

Sent from my iPad

On Nov 27, 2014, at 7:59 PM, Kurt Straube <kastraube@hotmail.com> wrote:

> This is unbelieveable. My family and I are incensed over this. I have other words,
> but I will not commit them to this medium.

> If the school and town can't get it together to play this game at Wayland HS I'd
> suggest we find a place for the two teams to play. If necessary, I will donate $500
> to the cause of procuring a field to play this game -- which will most likely be the
> last of my son Andrew's football career. I have no intention of denying him this
> opportunity without action.

> If we cannot find another school to plly at, perhaps we could hire a private facilty
> such as the Sudbury Field House, or appeal to the Krafts at Gillette -- they have
> been known to allow teams who have lost their fields to play at Gillettee Stadium.

> I will address the larger issues mentioned below in a letter to the Town Crier.

> Regards,

> Kut Straube
> Father of Co-Captain Andrew Straube
> Alden Road
> Wayland

Date: Thu, 27 Nov 2014 14:34:36 -0500
Subject: Thanksgiving Football Game- IMPORTANT
From: 888cej@gmail.com
To: archmoy@aol.com; john.h.archambault@gmail.com;
jarchambault@connoisseurs.com; richardbelinsky@comcast.net;
mdmbnnr@yahoo.com; kathleen_boschetto@wayland.k12.ma.us;
tony.boschetto@wolterskluwer.com; L0LYY2K@aol.com;
janet.carmichael@verizon.net; tcarmich@avaya.com; jaynelynn@live.com;
spchin@comcast.net; pauline_chin@wayland.k12.ma.us;
Paulinechin88@gmail.com; achristakis2000@babson.edu;
c_connell@verizon.net; richardjcormierbuilding@gmail.com;
mrsnacormier@gmail.com; karcarney@msn.com; george.coufos@gmail.com;
darlington_1@msn.com; sharpoisson@verizon.net;
stuart.falber@wilmerhale.com; falber@comcast.net; home@thefennellys.com;
shawn@thefennellys.com; ted.henning@hotmail.com;
stefaniehenning@hotmail.com; 888cej@gmail.com; teamjones8@verizon.net;
lscout4@gmail.com; larrykiernan04@gmail.com; jplampert1@gmail.com;
maureenlampert@hotmail.com; dellechamclaren@yahoo.com;
junienidia@gmail.com; vze4tshu@verizon.net; candi67@msn.com;
georgia.bennett@comcast.net; pallavi.nagesha@gmail.com;
f.nova.10@hotmail.com; rayleeodonnell@aol.com;
Designermasonry@hotmail.com; totony0789@yahoo.co.kr;
peeblesmarianne23@gmail.com; peebsfam@msn.com;
fepenrose@wellington.com; johnpenrose@verizon.net;
rperkins@boston.k12.ma.us; jill24@comcast.net;
david.poulin@morganstanley.com; jenmregan@gmail.com;
mregan76@gmail.com; mondesi_rosa@yahoo.com;
scott_parseghian@wayland.k12.ma.us; lavaughn1970@gmail.com;
jeanne.stordy@yahoo.com; kastraube@hotmail.com; pegstraube@hotmail.com;
pamelalthompson@bpsma.org; maureentillett@me.com;
charlietillett@verizon.net; mm618387@gmail.com; chuck.welti@emc.com;
wmsonruby@aol.com; bruce.zetter@childrens.harvard.edu;
thezetters@verizon.net

Parents. As you all know, the game this morning was unfortunately cancelled
when the field could not be cleared before the game. The game is tentatively re-
scheduled for Saturday at 10am provided the field gets cleared properly. The
problem is that the school and the town don't work well together and now our kids
are at risk of having their last game of the season completely cancelled.
**We ask that ALL parents immediately contact Dr. Stein, Superintendent of
Schools and Nan Balmer the Town Administrator to voice your outrage that
the our kids will potentially suffer from their inability to work together.** Insist
on a solution for Saturday!

**Dr Stein.  508-358-3774.  paul_stein@wayland.k12.ma.us**
**Nan Balmer.  508-358-7755.  nbalmer@wayland.ma.us**

Please forward this email to others in Wayland and ask them to lend their support
by also contacting Stein and Balmer.

Please read the following summary of the problem that Tony Boschetto graciously
and quickly drafted:

We are all very disappointed with the situation that took place this morning. Because of

the lack of coordination between our town officials,  a great event for the community was ruined when it could have been avoided not only impacting our children and families, but costing the town money.

Residents  stepped forward to help and donate their time and effort to try to make the situation better for everyone and save the event.

And now, residents who donate countless hours and dollars to support the Town of Wayland and our athletic programs rather than being thanked and rewarded for their effort are now being questioned about their actions, including trying to plow the field.

Our Athletic Director is being put in a difficult situation as he tried to make the best of the situation by allowing volunteers to help clean the field.  It is a very difficult situation for him when he wants to do the right thing to help the kids with the fear that other responsible parties in Town will not support him or cooperate to help make it work.  And worse, possibly punish him for helping to get the situation resolved with no support from any other department heads.

Putting the volunteers and the AD in this situation against each other is not appropriate and not going to solve the problem.

Rather than coming together as a community to solve problems we are told we can't do anything.

Every community in the Commonwealth of Massachusetts was able to handle this situation properly and have a fun community event.   The town of Framingham was able to coordinate between their facilities and school department to have the football field plowed in time for the game.

Now instead of working together to resolve the problem and make sure the kids can play on Saturday,  we have no solution and no idea how it will get resolved.

Thanksgiving tradition is more than a football game, it is a homecoming and community event that should be cherished and appreciated.

The fact that our Athletic Director could not get the support from other town officials to help is disappointing.

At this point, unless we can get permission for someone to clean the field,  the game will not be played on Saturday.  Further,  unless we figure out how to get our town officials to work together these situations will not be avoided in the future.

Parties involed;

1.   School department-  Athletic Director/  Superintendent
2.   Recreation Director
3.   Facilities Director
4.   Public Works Director
5.   Town Administrator

Why these adults can't figure out how to work together to make the situation better for the community is disappointing.

I would ask that we all reach out to our town officials and ask that:

1.   The parties in town need to feel comfortable working together to solve problems and help each other.
a.   School, Athletics, Facilities, Recreation and Public Works need to be coordinated.
2.   Residents should be welcomed to volunteer and help.

Our town is fractured and we need to fix it.

Everyone on this email should send email to our Town Administrator, Superintendent of Schools and Department Heads expressing your support for the Athletic Director and Volunteers who tried to help.

We should insist that a solution be resolved for Saturday and that the department heads work together to cooperate and solve problems.

Email or call the following parties (YOUR EMAILS AND CALLS WILL MAKE A DIFFERENCE)

**Town Administrator-  Nan Balmer- nbalme**r@wayland.ma.us - 508-358-7755

She has jurisdiction over Facilities  Director, Athletic Director, Public Works Director.

**School Department-**  508-358-3774- **Dr Stein-**  paul_stein@wayland.k12.ma.us

Tony Boschetto

*Tony Boschetto, CPA*

*774-270-2988*