# EXHIBIT 43



Stephen Cass <stephen_cass@wayland.k12.ma.us>

## football game
2 messages

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>  Fri, Nov 28, 2014 at 3:40 PM
To: "Balmer, Nan" <nbalmer@wayland.ma.us>, Paul Stein <Paul_Stein@wayland.k12.ma.us>

Hello Nan and Paul,

Sorry your Thanksgiving became so unexpectedly hectic. I know you've received a bushel of negative feedback so I would like to enlighten you as to how I saw events transpire.

Apparently there was significant discussion during the week between the DPW, Rec Dept, Brad Crozier, Scott Parseghian, and others. Even though I was running the event, I was excluded from all conversations and people made decisions without contacting me. Eventually, I became aware of the conversations and stated emphatically that we would not be plowing the field.

It was decided between me, the Weston AD, and ScottP (our football coach) that we would check the field at 6:00am and, if there was not too much snow, we would play on a snow covered field. The contingency plan was to play Sat AM if we had too much snow.

Plowing was never an option as the DPW and School Facilities both made it perfectly clear through numerous discussions last March that they would not plow the turf field. Thus, the only other option was to hire an outside group at $1000-3000. However, that was not a possibility both from budgetary and logistic perspectives at 4:00am on Thanksgiving morning.

At some point, out football coach, players and parents decided on their own (against what we had decided) to attempt to remove snow from the field. It was never authorized, they had equipment out there you should never put on a turf field, and ultimately, no one was in charge.



I place all blame for yesterday's events squarely on the shoulders of our football coach who took actions into his own hands, against our pre-determined plan, and ultimately failed to provide oversight for the events unfolding on the field. Any finger pointer in another direction is unfair and not reflective of what actually transpired.

I am certainly open to conversations about this to ensure future situations are handled more effectively.

Hope you had a nice Thanksgiving.

Stephen

---

Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>  Fri, Nov 28, 2014 at 9:52 PM



4/24/15, 5:13 PM

SFC000424