# EXHIBIT 44



**Stephen Cass <stephen_cass@wayland.k12.ma.us>**

## wrestling
1 message

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>　　　　　　　　　　Thu, Dec 18, 2014 at 6:34 AM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Hi Allyson,

First of all, I will be out this morning taking care of car issues.

Regarding the wrestling-bus issue, there are a few different pieces that I just want to put out there. In reality, it's a petty issue and expense by itself but much bigger in the larger context.

1. A great deal of thought and consideration went into crafting the policy about local transportation. It's fair and safe and based on a lifetime of experience. Everything Sean has said already went into the decision making process last spring. Nothing new has been brought to the conversation.
2. We spend more money on transportation for wrestling than every other sport (both total and per person). If we pay for a bus to Weston then I will have to pay for similar costs in the spring that will add over $1000 to my budget. Should I cancel the wrestling trip to Chicopee to make up this shortfall and be equitable across programs?
3. Coaches will keep going to you to try to get a 'yes' when they can't get it from me. I like think you hired me to make informed decision on athletics based on my decades of experience and expertise. Again, I did not want or expect to be managing a fiscal crisis and woefully underfunding athletic department and do not enjoy being the agent of change. However, this job has been exhausting and less than enjoyable because certain coaches do not understand or respect that these changes are necessities mandated by the Superintendent and will keep pushing and pushing to get their way. I know on rare occasion coaches will need to go to you over the most serious issues or if they feel I am being unfair, but this is not one of those cases.

On another note, I do not like Sean. He has been rude, disrespectful and abusive toward me during my time in Wayland. I respect him as an educator and for the impact he has on kids, but not as a person. I will be fair toward his teams and athletes, but will not be bullied by him going forward. If a faculty member had ever treated you the way Sean has treated me, they would not be working at Wayland. However, last year, despite all this, the administration (meaning Scott and John) had Sean's back not mine.

Anyway, those are my rambling thoughts.

I'll see you this afternoon.

Stephen

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

SFC000009