EXHIBIT 45

Wayland Public Schools Mail - coaches/concussion                    https://mail.google.com/mail/u/0/?ui=2&ik=d209fc9c32&view...



Stephen Cass <stephen_cass@wayland.k12.ma.us>

## coaches/concussion
2 messages

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>          Mon, Feb 2, 2015 at 10:06 AM
To: Sean Chase <sean_chase@wayland.k12.ma.us>
Bcc: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Hi Sean,

As of Friday, four of your coaches have not turned in their concussion certificates for having completed the state mandated course.

As you know, all paid and volunteer coaches are required to do this each year.

If any of the coaches are no longer working, please let me know.  Otherwise, can you please ensure that each of the four (Lee stopped by to see me) has theirs completed before they are out working with our athletes again.

Thanks,

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Sean Chase** <sean_chase@wayland.k12.ma.us>             Mon, Feb 2, 2015 at 10:14 AM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Stephen-

They have all completed the course. Ben Garelick and Rich Testa have sent their stuff in. My Dad has finished as well. He will bring it in tomorrow.

Ty Herstine does not coach for Wayland Wrestling. I had already explained that to Anne Marie.

Enjoy the Snow.

Sean

[Quoted text hidden]



5/19/15, 10:25 AM

SFC001048

Wayland Public Schools Mail - wrestling coaches                    https://mail.google.com/mail/u/0/?ui=2&ik=d209fc9c32&view...

                        Stephen Cass <stephen_cass@wayland.k12.ma.us>

## wrestling coaches
4 messages

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>                    Mon, Feb 2, 2015 at 10:02 AM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Allyson,

I potentially have a bit of an issue.

I have asked all the coaches several times this winter to have all their assistant coaches turn on their
certificate of completion for the State Mandated concussions course.

I hate the policy (wish it was every 2-3 years), but it is a state law.

Last week, I sent an email to all varsity coaches that all assistant coaches must turn their completed form in
by Monday or would not be allowed to coach until they do so (these were due by 12/1 and most had them in
by then).

A couple slackers got theirs in right away, which leaves me with 4 wrestling coaches.  Three of these coaches
did not attend the mandatory pre-season coaches meeting.  LeeK stopped by and I expect he turns his in
tmrw.

Please advise...if they do not turn the form in by tomorrow, do I have your support to forbid the coaches from
attending practices and matches until they do so.

Again, I hate bureaucracy more than anyone, but I don;t make these rules.

Thoughts?

--

Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>                    Mon, Feb 2, 2015 at 12:03 PM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Hi Stephen,

I think your email to Sean was perfectly appropriate!

A
[Quoted text hidden]

--

Allyson Mizoguchi
Principal

5/19/15, 10:25 AM
SFC001047