# EXHIBIT 46

Wayland Public Schools Mail - letter                    https://mail.google.com/mail/u/0/?ui=2&ik=d209fc9c32&view...





Stephen Cass <stephen_cass@wayland.k12.ma.us>

## letter
3 messages

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>                    Tue, Mar 31, 2015 at 3:01 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Hi Allyson,

I would like you to read this document.  We can discuss tomorrow, but I feel it is important for me to put all
things in writing going forward since I have been the subject of so many false accusations by the school
administration over the past few weeks.

Thanks,

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools



    **WAYLAND ATHLETIC CONCERNS.docx**
    113K

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>              Wed, Apr 1, 2015 at 4:59 AM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Hi Stephen,

Yes, we should discuss.  Who is "school administration"?

Tomorrow is tough, as I am on a field trip with my daughter's class to the State House, then back to school
with a stack of meetings.  Maybe we can chat by phone around 4, or after 5:30?

A
[Quoted text hidden]
--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746

---

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>                    Wed, Apr 1, 2015 at 11:33 AM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Administration is Brad, Scott, Paul in that order regarding point #14.
All admin - you, JohnR and the above names regarding some of the other items on the list.



SFC000344

+D2 

I've heard disturbing things from Brad and Paul in the last week and I want to get things in writing.  Plus, I hear from people around town to 'watch my back' and to 'protect myself' far too often.
[Quoted text hidden]

SFC000345