# EXHIBIT 47



+F

Stephen Cass <stephen_cass@wayland.k12.ma.us>

## fields
1 message

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>   Tue, Mar 31, 2015 at 5:36 PM
To: Paul Stein <Paul_Stein@wayland.k12.ma.us>, Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

Given the uncertain state of our fields in town, there are several issues that come from me having to book outside facilities.

1. Payment - this requires me to put large charges on my credit card. I do not think this is fair to me, nor do I want to face scrutiny similar to what the METCO director went through. Today boys lacrosse is practicing in Marlborough, thanks to the $450 I placed on my credit card for lack of any other option.

2. Field House - I think steps should be taken to provide our teams with space in the Field House before and during Town Meeting. Otherwise we have not space at our disposal.

3. Integrity - Asking me to flat-out lie to our parents is asking alot of me. I have stood in front of parents for two months about plowing because I was told there were environmental issues and aware of the great cost involved with snow removal.

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

SFC000268