# EXHIBIT 48

+E2

I am exhausted, having slept no more than 2-3 hours a night for the past 4-5 days and am not feeling very well. I may not come in tomorrow or only briefly so to feel better.

Stephen

--

Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>

Wed, Apr 1, 2015 at 5:54 AM

To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Thanks for the update. Yes, it has been a stressful and exhausting series of days. Make time to get restored and feel better.

Paul was upset not because you accused him of lying, but because he saw in your email the implication that he was asking you to lie to parents.

There is a swirl of information. Now let's turn to Ben. As he stated in his email to you, invite parents seeking further details to contact him. You've likely already done this, but it might be helpful to summarize his email and send to parents as a "Here's the latest on this situation...it's been challenging to explain in full the reasons, but it boils down to safety...." etc. I know you patently disagree with the conclusions that are being drawn; in the long run that matters, but not in the short run. You apparently don't get to make the call here, due to a host of town-related issues. In the short run, you're doing what you can do: scheduling kids on alternate sites and tweaking the schedules.

To coaches who are criticizing you, please ask them to have patience while the town side sorts this out. You're trying your hardest to launch the season with many challenges. Hopefully they can read the situation without your having to explain the many political sides. If you're calm, they're calm. (Or that's how it's supposed to work!)

Take care.

A

[Quoted text hidden]
--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746