# EXHIBIT 49

📎 **WAYLAND ATHLETIC CONCERNS.docx**
113K

---

**Brad Crozier** <brad_crozier@wayland.k12.ma.us>  Thu, Apr 2, 2015 at 4:59 PM
To: Gini Tate <gtate@mhtl.com>

Gini,

It is always nice to talk with you.

As you can see, the letter below was sent to Paul in confidence, so at this point it is a "draft" and we have not seen any letter from Stephen.

Would you like a copy of the email I sent on the Title IV issue?

bc

---------- Forwarded message ----------
From: **Paul Stein** <paul_stein@wayland.k12.ma.us>
Date: Thu, Apr 2, 2015 at 4:48 PM
Subject: Fwd: letter

[Quoted text hidden]

---

📎 **WAYLAND ATHLETIC CONCERNS.docx**
113K

---

**Gini Tate** <gtate@mhtl.com>  Thu, Apr 9, 2015 at 3:05 PM
Brad Crozier <brad_crozier@wayland.k12.ma.us>

Hi Brad,

Yes, I would like a copy of your email to him re the allegations of a Title IX violation. I reviewed his email of March 31, 2015. Two things are striking to me:

1. He provides No details as to most of his allegations. An appropriate response might be to ask the Who, what, When and Where questions. The only allegation even remotely touching on Title IX issues is #6 – at a minimum, someone needs to say to him "Specify the examples of what you are claiming and give details. Why didn't you bring these to the attention of the Assistant Superintendent when he emailed you on ____ and asked for specific details as to these issues."

2. The 2nd thing that is striking to me is that most of the allegations concern incidents that should be under his control as Athletic Director. I don't think he should be allowed to point the finger at others when it is his fault if these things, that he claims are wrong, are going on. He is either ineffective or lying.

Gini

---

**From:** Brad Crozier [mailto:brad_crozier@wayland.k12.ma.us]
**Sent:** Thursday, April 02, 2015 4:59 PM
**To:** Gini Tate
**Subject:** Fwd: letter

[Quoted text hidden]