EXHIBIT 53

Message

| | |
|---|---|
| **From:** | Paul Stein [paul_stein@wayland.k12.ma.us] |
| **Sent:** | 5/5/2015 5:14:15 PM |
| **To:** | Gini Tate [gtate@mhtl.com] |
| **Subject:** | Fwd: letter |
| **Attachments:** | Paul Stein letter.docx |

This is Stephen's response.  Perhaps we should discuss this once you read it over.  -- Paul

---------- Forwarded message ----------
From: **Stephen Cass** <stephen_cass@wayland.k12.ma.us>
Date: Tue, May 5, 2015 at 12:53 PM
Subject: letter
To: Paul Stein <Paul_Stein@wayland.k12.ma.us>

Hi Paul,

Attached is a letter with various information about my two years at Wayland.  I am happy to elaborate further on anything listed in the document.

Thank you,


Stephen Cass
Director of Athletics
Wayland Middle and High Schools

Sent to Superintendent
5/5/2015

A2

Hello Paul,

As you likely aware, this has been an extremely challenging time to be athletic director at Wayland High School. The removal of large funding sources, past budget overruns, and budget reductions have reduced funds available for running the athletic program by 30%.

During my interview, I asked two very specific questions. 1. Is the athletic program fully funded, and 2. Are there any major issues for the new athletic director. The only response that I received was from YOU, which was "the budget needs to be tightened up." Thus, in a July 29, 2013 meeting with Geoff Macdonald and after only two weeks on the job, I was shocked to learn that I would have to reduce the budget by over $60,000 (and that number soon swelled to $100,000 when all past purchases were factored in). Fixing a long-standing budget problem was not a task I wanted and I would not have accepted the position in Wayland had people on the search committee been transparent about the magnitude of the fiscal issues or the fact that my predecessor had been fired over those issues.

Despite the challenge and the disadvantage of having an interim principal, I accomplished what YOU asked me to do – come in on budget. This feat was not achieved by little cuts here and there, but required new policies and procedures that were not well-received by a few coaches. In the end, predictably it was the three coaches who had built up their mini-empires over time and were not interested in fiscal responsibility or constraints on their way of doing things. The other 90+ coaches and 30 varsity head coaches have had no issue. Given the enormity of the fiscal cuts, having 95% of the coaches happy is a pretty impressive percentage.

In my evaluation, Allyson stated that I have not "successfully engendered trust, confidence and familiarity in his staff." This is blatantly false. I have a wonderful working relationship with almost every coach at Wayland. However, there are three outliers out of nearly 100.

<u>Scott Parseghian</u>
Scott has publicly opposed measures designed to promote fiscal responsibility, preserve gender equity, and require ethical fundraising. Since I live in Wayland, I frequently hear from people to "watch my back" or "be careful" in regarding to comments made by Scott.

Examples (I have written documentation of all these examples)

1. In 2011-12 and 2012-13, Scott accepted thousands of dollars of Town funds to finance his Camp Caribou trip. While I have not checked the overnight trip form submitted to the School Committee, I would be most certain it made no mention of taxpayer dollars funding a significant portion of the trip. Filing a false document with the School Committee and covertly using Town funds to fund a trip like this is wrong – whether it be fraudulent, against school or town policy, or illegal in a larger context, I do not know – but I do know it is

A3

plain wrong. I do not know if this practice predated 2011-12 since I do not have access to prior fiscal records.

2. 9/27/13 – Scott had a fundraising company called eteamsponsor.com send a mass solicitation email to collect funds for football. Scott used the names of players in these emails without their consent or parent's consent in the case of minors. I had many parent complaints over this, including parents who are big supporters of Scott.

3. 5/27/14 – Scott sent an email to solicit funds for his football program (2014 Warriors Football Challenge). In the email, he stated that he would purchase a scoreboard and other items. Given the $10,000 goal stated in the email, he could not have purchased 20% of the items he promised to buy. Misstating fundraising goals and using those funds for other purposes is at the very least unethical.

4. Scott has provided tens of thousands of dollars of business to a company called A&S Printing. According to numerous sources (John Ritchie and Allyson are aware), Scott and/or his family have a financial stake in this company. I cannot confirm or deny this and John Ritchie said "leave it alone."

I do not have any record of fundraising activity before 7/2013.

Of course, Scott is in charge of athletic fundraising and he is the one who approves such initiatives. This is a huge conflict of interest. Besides the ethical piece it has created a huge gender-equity issue within athletics.


David Gavron
David has been involved in unethical/illegal fiscal activities since I arrived at Wayland.

1. When I first arrived in July 2013, David had already ordered over $3000 worth of soccer uniforms without approval from anyone. He had already placed the order on his credit card.

2. Raffle – For the past two years, David has conducted some kind of raffle. He required all soccer players (at least varsity and JV) to sell $200 worth of raffle tickets. There is no accounting of these funds; parents have frequently questioned what happened to this money; lots of cash passes through the coach's hands.

   This year, David took some portion of these funds and placed a charitable donation on his credit card and in his name. Of course, this allowed him to get 'points' on his credit card and take a tax deduction for money other people had donated. This is fraud. Mark Lucier and I caught this scam and forced him to reverse the transaction.

A4

3. For years, David's assistant coach was paid large sums of money (>$1000 annually) under the table by parents. Last spring, I had a meeting with a mother who was in tears telling how she had to pay well over $1000 in order to play soccer (user fee, raffle tickets, payment to asst coach, other requirements). I convinced he to meet with Allyson and me.
4. For the past two years, David has employed assistant coaches of whom I have had no knowledge. Jim Girolamo, Charles Goodhue and Connor Meiselman did not attend the required coaches meeting, we had no paperwork on them, they may or may not have had CORIs.
5. Comedy Night – For several years, David has organized an R-rated Comedy Night. This year, I received numerous complaints about the content and the fact that it was held on Yom Kippur.
6. Fall 2013 – I asked all coaches at the coaches meeting to 'tighten their belt' when it came to expenses. The girls volleyball coach told me she had a box of balls and did not need any more. Most coaches were understanding and helpful. David said he needed 50 soccer balls (over $1000) for all his teams. I bought them for him. Later that fall, I was looking for a soccer uniform and I happened to find 40 other new balls he had squirreled away.
7. In the Spring of 2014, I held a meeting with David and the girls soccer coach to talk about scheduling restrictions and travel guidelines. David did not like some of these policies and rallied parents against me with lies and exaggerations.

I would describe David as a 'fiscal predator'. Parents are required to spend well over $1000 to play boys soccer at WHS. Parents are afraid of David – afraid that their child will not play if they do not give or stand-up against the fiscal malfeasance. David should not be coaching at WHS – his behavior regarding fiscal matters and lack of respect for the overall athletic program being the main reasons why.


Sean Chase
My issues with Sean are very simple. Sean refuses to accept new fiscal policies, disregards important athletic department and school rules, and is a bully.

10/16/13 – I inform Sean that if he wanted to travel to Springfield three times (each trip costs $1000-1300), that wrestling would have to pay half the cost. PAUL, YOU TOLD ME SPECIFICALLY – NO MORE TRIPS LIKE THE NAUSET FOOTBALL TRIP. Sean met with me and went ballistic over the fiscal request. I have never been treated so aggressively and disrespectfully by a fellow employee. I lodged a complaint with John Ritchie and sent John and Brad Crozier an email about the terrific imposition in which the Wayland school administration had placed me.

Later in the year, Sean acted similarly regarding other fiscal matters.

Otherwise, I have no issue with Sean. I think he's a good coach and mentor of young men. However, his behavior and aggression toward me was unprovoked and inexcusable and was deserving of significant sanctions.



## Scott and Sean

Neither have much respect for school or athletic department policies. They rarely ask approval for things and their actions have caused a large number of problems, liability issues, and inequity across teams. I feel I have no control over either of them.

1. All coaches are required to attend pre-season coaches meetings. None of Sean's volunteer wrestling coaches have ever attended. Thus, they may or may not have CORIs, do not turn in State mandated paperwork, and would not be insured in the case of some accident or injury.

2. There is an athletic department policy about hiring buses. You must get AD approval. Wrestling parents decided to raise $1500 to transport the team to Springfield. While this saved the athletic department money, it caused other issues: gender equity, a donor pulled a $10,000 pledge to Boosters, and parents felt forced to contribute and complained to me. Sean knew the rules and just disregarded them.

3. Sean and other wrestling coaches have routinely driven athletes in their cars. I have informed coaches they must have their driving record checked by the school and placed under the school's insurance policy. Last I heard, no wrestling coaches have done so yet they have continue to drive students.

4. From 2011-2013, the football and wrestling teams travelled in coach buses on numerous occasions. Per my records, this privilege was never afforded individual girls teams.

5. November 2012, Scott and Justice Smith drove a group of football players in a Town vehicle to Gillette Stadium. Neither Scott or Justice were licensed to drive the vehicle.

6. Thanksgiving 2014 – Scott decided to remove snow from the turf field. This contradicted the decision made by Scott and the Wayland and Weston ADs on the preceding Wednesday. Thus, the game was cancelled, a great deal of money was lost, and damage was done to the turf field and netting system behind the field.

## Guy Enoch

There is a 4th coach with whom I do not have a great relationship., but for different reasons - because I caught him involved in inappropriate behavior.

July 2014 – I heard a parent concern about the girls soccer camp in Lynnfield. I then learned the girls soccer team has been attending a camp co-owned by Coach Enoch (the parents did not know this fact). I also heard complaints that students/parents felt forced to attend in past years.

I drove to Lynnfield to see things for myself. I then observed Coach Enoch coaching our girls, in violation of MIAA rules. I then confirmed this violation with a Wayland

*A6*

girls soccer parent. I reported the MIAA violation to Allyson who chose not to report it to the MIAA.

Thus, my relationship with Coach Enoch is not great because 1. I caught him involved in a blatant conflict-of-interest situation in which he had profited for many years, and 2. I caught him violating MIAA rules.

## OTHER FISCAL ISSUES

### Cash Payments to Coaches
I have heard complaints from numerous parents about having to pay for assistant coaches. I have heard from other parents who were not complaining and said they were happy to pay. The reality is, it has been going on and there needs to be a solution to the problem. It took a lot to get the one boys soccer parent to come forward and talk about the fiscal issues within that program. Parents will complain to me but don't want to voice their complaints publicly or officially.

### Splitting Coaching Stipends
This practice pre-dated my arrival. I have written documentation and coaches who will freely admit this has been a common practice.

I first raised this concern in writing on 11/6/2013. I felt then as I do now that the practice of varsity coaches splitting stipends was not correct. I have been very clear on this matter for over 18 months. I was then very surprised to hear Brad Crozier emphatically deny that this practice had been occurring but rather direct blame in my direction.

This spring, I asked Allyson to be present at meetings with Brad and me on this subject, since it is an important WTA concern. She was not able or willing to attend.

I also directed my complaint to WTA representative Matt Daniels who agreed that our current practice does not meet WTA the contractual agreement.

### Coaches Handling Large Sums of Cash
Way to common a practice. The result of a lack of oversight in athletic fundraising. An example – our girls soccer coach kept over $4000 in cash and checks in his own possession for nearly four months before depositing. I have no reason to suspect wrongdoing, but this is not acceptable.

### Gender Equity
When I arrived, athletic funds were not being disbursed in a fair or equitable manner. As mentioned, football and wrestling were travelled excessively, and girls did not receive fair treatment (for example, there were not enough girls track uniforms – the girls had to share uniforms). Since I arrived, I have purchased badly needed uniforms for many girls teams:



Soccer
Basketball
Lacrosse
MS XC
MS FH
MS Softball
V and JV Softball
Cheer
Track

Despite my efforts, gender equity has not been achieved. This is a result of fundraising that has directed a disproportionate amount of funds into the coffers of boys teams. In addition, funds from the Steve Henley Foundation (an athletic fundraising organization) have ended up mostly with boys teams. During my time at Wayland, this organization has purchased championship jackets for golf, boys soccer, hockey, and wrestling (I'm told but not confirmed). No girls team has received championship jackets.

I instituted an athletic department policy to prevent teams from accepting outside funding, but the boys soccer and wrestling coaches have ignored this policy.

I have issued complaints about this inequity through emails to Wayland administrators – in 9/2014 and 4/2015.

--------------------------------------------------------------------------

For two years, I have done a thankless job with great expertise. I wish I did not have to clean up a budget deficit or impose restrictive policies. But, **this is the assignment that YOU gave me**. I succeeded despite opposition from key administrators and long-standing coaches.

In addition, I have worked effectively and formed good relationships with all youth sports groups and town agencies (the Head of DPW the one exception and I have plenty of emails explaining why – I get along great with all the DPW workers).

The evaluation written by Allyson dated April 15, 2015 is mostly fiction. It is inaccurate, discounts my many outstanding accomplishments, trivializes the fiscal challenges I overcame, and appears to give great weight to the opinions of coaches who have been unethical, subversive, and overly aggressive.

I am happy to provide detail for anything written in this document.

Sincerely,

Stephen Cass

SFC000354