# EXHIBIT 73

**Wayland Police Department**

**38 Cochituate Road**
**Wayland, MA 01778**
**(508) 358-4721**




**Incident Number: 2015000009769**
**File No: N/A**
**Dispatch Incident Number: 2015000011236**
**Print Date: April 20, 2016**
**Printed By: ldana**

# Incident Report

**Incident Information**

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fri | 09/04/2015 | 11:28:30AM | | Fri | 09/04/2015 | 11:28:30AM | → | 9/4/2015 | 11:28:30AM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| PD-Suspicious Activity P:009769 | PD-Suspicious Activity | |

| Incident Address | Reporting Officer |
|---|---|
| 38 COCHITUATE ROAD, WAYLAND, MA 01778 | Det. Sergeant Jamie Berger (71JB) |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| NORTH | | | | |

| Business Name | Incident Types - Other | Action Taken |
|---|---|---|
| N/A | | Report |

EXHIBIT Truly 129 LH 7/9/18
PENGAD 800-631-6989

**Related Incident Summary**

| Incident No. | Date | Nature | Notes |
|---|---|---|---|
| **No Related Incidents reported for Incident #: 2015000009769** | | | |

**Associated Persons Summary**

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Cell Phone # | Work Phone # |
|---|---|---|---|---|---|---|
| Reporter | CATRINA, ALAN T. | [redacted] | M | [redacted] | [redacted] | N/A |
| Address: | 14 SPRINGHILL ROAD, WAYLAND, MA 01778 | | | | | |
| Other | CASS, STEPHEN F | [redacted] | M | [redacted] | [redacted] | N/A |
| Address: | 21 WOODLAND ROAD, WAYLAND, MA 01778 | | | | | |
| Other J | [redacted] | [redacted] | M | N/A | N/A | N/A |
| Address: | 14 SPRINGHILL ROAD, WAYLAND, MA 01778 | | | | | |

**Associated Businesses Summary**

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| **No Associated Businesses reported for Incident #: 2015000009769** | | | |

**Involved Officers**

| Officer Title | Officer Name | Officer Type | Division |
|---|---|---|---|
| Det. Sergeant | Jamie Berger | Reporting Officer | Detective Division |
| Det. Sergeant | Jamie Berger | Responding Officer | Detective Division |

**IBR/UCR Offenses**

| Offense Number | IBR Type | Chapter | Section | Statute ID / IBR Type Description |
|---|---|---|---|---|
| **No Incident Offenses Recorded for Incident #: 2015000009769** | | | | |

**Complaint Charges**

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| **No Complaint Offenses Recorded for Incident #: 2015000009769** | | | | |

**Vehicle Info**

| Reg Plate - State (Year) | Vehicle Year, Make, Model | VIN | Primary Color | Second Color | Insurance Co. |
|---|---|---|---|---|---|
| **No Vehicle Info Recorded for Incident #: 2015000009769** | | | | | |

**Property**

**No Property Info reported for Incident #: 2015000009769**

**Wayland Police Department**

**38 Cochituate Road**
**Wayland, MA 01778**
**(508) 358-4721**




**Incident Number: 2015000009769**
**File No: N/A**
**Dispatch Incident Number: 2015000011236**
**Print Date: April 20, 2016**
**Printed By: ldana**

# Incident Report

**Citations**

| Citation No | Code | Date | Status | Statute | Description |
|---|---|---|---|---|---|
| **No Citations reported for Incident #: 2015000009769** | | | | | |

**Permits**

| Permit No | Type | Issue Date | Expire Date | Status | Issued To/Notes |
|---|---|---|---|---|---|
| **No Permits recorded for Incident #: 2015000009769** | | | | | |

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721




**Incident Number: 2015000009769**
**File No: N/A**
**Dispatch Incident Number: 2015000011236**
**Print Date: April 20, 2016**
**Printed By: ldana**

# Incident Report

**Narratives for Incident Number 2015000009769 ? Yes**

**Other Narratives not authorized for print? None**

**Narratives this user authorized to print:**

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/04/2015 11:30 | SUSPICIOUS ACTIVITY | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/04/2015 |

On Friday, September 4, 2015, Alan Catrina of 14 Springhill Road, Wayland Massachusetts came to the Wayland Police Department to make a complaint regarding Stephen Cass. Cass is the old Wayland High School Athletic Director.

Catrina stated that he was made aware that Cass had videotaped his son, [redacted] while at Football practice on Monday, August 24, 2015 at Wayland High School and again on Monday and Tuesday, August 24th and 25th respectively at Camp Caribou in Winslow Maine. He was advised that Cass was filming the Wayland High School football team, while they were in Winslow Maine.

Catrina stated that he nor his son, [redacted] had given permission to be recorded in either Wayland or Winslow Maine. Catrina does not know what Cass is capable of and is concerned of what else Cass will do regarding his child and the Wayland High School community, since being terminated.

I advised Catrina a copy of this report will be forwarded to Sergeant Haley Fleming of the Winslow Maine Police Department for possible follow up as Camp Caribou is in their jurisdiction.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

*Signature - Reporting Officer*

*Signature - Reviewing Officer*

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:50 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

On Tuesday, September 08, 2015, Steven Cass of 21 Woodland Road Wayland, Massachusetts came to the Wayland Police Department to speak with me. Last week, I had spoken with Mr. Cass about coming in and speaking with me regarding some complaints that had been reported to me.

I advised Mr. Cass that I had received several complaints from parents of children on the Wayland High School football team regarding Mr. Cass' alleged videotaping and photographing of minor children at Camp Caribou in Winslow Maine on Monday, August 24th and Tuesday, August 25th 2015.

Mr. Cass advised me that in the early morning of Monday, August 24th, he went to Wayland High School where he observed the Wayland High School football team practicing. He then told me that he observed buses arriving to take them to Camp Caribou in Maine. He observed freshman going on the trip as well, which when he was the athletic director, he did not allow.

He went home and then decided to drive to Camp Caribou himself to observe what the Wayland High School football team was doing up there.

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721




Incident Number: 2015000009769
File No: N/A
Dispatch Incident Number: 2015000011236
Print Date: April 20, 2016
Printed By: ldana

# Incident Report

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division (continued)**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:50 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

He stated he arrived at the gate at Camp Caribou, had on a Wayland hat, and when he went to the gate, stated that "he was from Wayland". The gate attendant told him that Wayland was practicing and pointed to a field. I asked him that was a play on words, and he stated that "I didn't lie". I told him I understood that, but that the attendant most likely believed he was with the Wayland High School football team and he acknowledged that.

Once inside Camp Caribou, Mr. Cass stated that he went inside a baseball dugout and began to film the Wayland High School football team. I asked him how far from the players and/or field and he stated that he was about 150 yards away. I asked him why he was so far away from the players and field, and if it was because if they knew he was there, it would be an issue, and he acknowledged that fact.

I asked him if he was also videotaping from the wood line or in the woods of the property. He stated that he was videotaping as he stood next to a tree.

Mr. Cass advised me that he had not asked anyone if he could videotape or take photos of any players or their parents.

I advised Mr. Cass that numerous parents were upset and had made complaints to the Wayland Police Department regarding the videotaping and photographing of their minor children without asking for permission. I advised him that a report would be made and documenting our discussion and would be forwarded up to the Winslow Maine Police Department as if any violations of law were made it would have been in their jurisdiction.

Prior to meeting with Mr. Cass, I had read an article in the Metrowest Daily Newspaper regarding his MIAA complaint which was made at the end of the August. In the article, Mr. Cass allegedly stated that he was going to the area to visit a coach with a camp in the same area during the same trip. I asked him about this, and he stated that while on his way up to Camp Caribou, he called his college coach to see if he was around, but was told that he wasn't.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

Jamie D. Berger

*Signature - Reporting Officer*

Jamie D. Berger

*Signature - Reviewing Officer*

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
[illegible]8) 358-4721

Incident Number: 2015000009756
File No: N/A
Dispatch Incident Number: 2015000011222
Print Date: November 2, 2015
Printed By: pswanick

# Incident Report

**Incident Information**

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On → | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fri | 09/04/2015 | 9:54:49AM | | Fri | 09/04/2015 | 9:54:49AM | | 9/4/2015 | 9:54:49AM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| PD-Suspicious Activity P:009756 | PD-Suspicious Activity | |

| Incident Address | Reporting Officer |
|---|---|
| 38 COCHITUATE ROAD, WAYLAND, MA 01778 | Det. Sergeant Jamie Berger (71JB) |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| NORTH | | | | |

| Business Name | Incident Types - Other | Action Taken |
|---|---|---|
| N/A | | Logged |

**Related Incident Summary**

| Incident No. | Date | Nature | Notes |
|---|---|---|---|
| No Related Incidents reported for Incident #: 2015000009756 | | | |

**Associated Persons Summary**

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Cell Phone # | Work Phone # |
|---|---|---|---|---|---|---|
| Reporter | LAMPERT, JAMES P | [redacted] | M | [redacted] | | N/A |
| Address: | 1 SADDLE LANE, WAYLAND, MA 01778 | | | | | |
| Other | CASS, STEPHEN F | 10/24/1966 | M | (339) 368-2961 | (339) 368-2961 | N/A |
| Address: | 21 WOODLAND ROAD, WAYLAND, MA 01778 | | | | | |
| Other | J[redacted] | [redacted] | M | N/A | N/A | N/A |
| Address: | 1 SADDLE LANE, WAYLAND, MA 01778 | | | | | |
| Other | J[redacted] | | M | N/A | N/A | N/A |
| Address: | 1 SADDLE LANE, WAYLAND, MA 01778 | | | | | |

**Associated Businesses Summary**

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| No Associated Businesses reported for Incident #: 2015000009756 | | | |

**Involved Officers**

| Officer Title | Officer Name | Officer Type | Division |
|---|---|---|---|
| Det. Sergeant | Jamie Berger | Reporting Officer | Detective Division |
| Det. Sergeant | Jamie Berger | Responding Officer | Detective Division |

**IBR/UCR Offenses**

| Offense Number | IBR Type | Chapter | Section | Statute ID / IBR Type Description |
|---|---|---|---|---|
| No Incident Offenses Recorded for Incident #: 2015000009756 | | | | |

**Complaint Charges**

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| No Complaint Offenses Recorded for Incident #: 2015000009756 | | | | |

**Vehicle Info**

| Reg Plate - State (Year) | Vehicle Year, Make, Model | VIN | Primary Color | Second Color | Insurance Co. |
|---|---|---|---|---|---|
| No Vehicle Info Recorded for Incident #: 2015000009756 | | | | | |

**Property**

No Property Info reported for Incident #: 2015000009756

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721




Incident Number: 2015000009756
File No: N/A
Dispatch Incident Number: 2015000011222
Print Date: November 2, 2015
Printed By: pswanick



# Incident Report

**Citations**

| Citation No | Code | Date | Status | Statute | Description |
|---|---|---|---|---|---|
| No Citations reported for Incident #: 2015000009756 | | | | | |

**Permits**

| Permit No | Type | Issue Date | Expire Date | Status | Issued To/Notes |
|---|---|---|---|---|---|
| No Permits recorded for Incident #: 2015000009756 | | | | | |

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(█8) 358-4721

# Incident Report

**Incident Number: 2015000009756**
**File No: N/A**
**Dispatch Incident Number: 2015000011222**
**Print Date: November 2, 2015**
**Printed By: pswanick**

**Narratives for Incident Number 2015000009756 ? Yes**
**Other Narratives not authorized for print? None**
**Narratives this user authorized to print:**

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/04/2015 10:03 | SUSPICIOUS ACTIVITY | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/04/2015 |

On Friday, September 4, 2015, Mr. James Lampert of 1 Saddle Lane Wayland, Massachusetts came to the Wayland Police Department to report that Stephen Cass, who was the Athletic Director of the Wayland High School had been videotaping both of his sons while they were at Wayland High School Football practice on August 24, 2015 at Wayland High School and then on Monday and Tuesday, August 24th and 25th respectively in Camp Caribou, Winslow Maine.

Mr. Lampert said both of his sons, █████ (1█████) who is a senior and █████ █████ who is a freshman at Wayland High School travelled to Camp Caribou in Winslow Maine with the Wayland High School Football team for their annual trip in August. Mr. Lampert nor his sons gave permission to be recorded either in Massachusetts or Maine.

Mr. Lampert advised me that he believes Stephen Cass hid in the woods and was trespassing on Camp Caribou's property to videotape his sons and the entire Wayland High School football team. He finds this behavior alarming and worry some.

I will forward this report to Sergeant Haley Fleming of the Winslow Maine Police Department for possible follow up in their jurisdiction.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

*Signature - Reporting Officer*

*Signature - Reviewing Officer*

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:48 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

On Tuesday, September 08, 2015, Steven Cass of 21 Woodland Road Wayland, Massachusetts came to the Wayland Police Department to speak with me. Last week, I had spoken with Mr. Cass about coming in and speaking with me regarding some complaints that had been reported to me.

I advised Mr. Cass that I had received several complaints from parents of children on the Wayland High School football team regarding Mr. Cass' alleged videotaping and photographing of minor children at Camp Caribou in Winslow Maine on Monday, August 24th and Tuesday, August 25th 2015.

Mr. Cass advised me that in the early morning of Monday, August 24th, he went to Wayland High School where he observed the Wayland High School football team practicing. He then told me that he observed buses arriving to take them to Camp Caribou in Maine. He observed freshman going on the trip as well, which when he was the athletic director, he did not allow.

**Wayland Police Department**

**38 Cochituate Road**
**Wayland, MA 01778**
**(508) 358-4721**




**Incident Number: 2015000009756**
**File No: N/A**
**Dispatch Incident Number: 2015000011222**
**Print Date: November 2, 2015**
**Printed By: pswanick**

# Incident Report

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division (continued)**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:48 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

He went home and then decided to drive to Camp Caribou himself to observe what the Wayland High School football team was doing up there.

He stated he arrived at the gate at Camp Caribou, had on a Wayland hat, and when he went to the gate, stated that "he was from Wayland". The gate attendant told him that Wayland was practicing and pointed to a field. I asked him that was a play on words, and he stated that "I didn't lie". I told him I understood that, but that the attendant most likely believed he was with the Wayland High School football team and he acknowledged that.

Once inside Camp Caribou, Mr. Cass stated that he went inside a baseball dugout and began to film the Wayland High School football team. I asked him how far from the players and/or field and he stated that he was about 150 yards away. I asked him why he was so far away from the players and field, and if it was because if they knew he was there, it would be an issue, and he acknowledged that fact.

I asked him if he was also videotaping from the wood line or in the woods of the property. He stated that he was videotaping as he stood next to a tree.

Mr. Cass advised me that he had not asked anyone if he could videotape or take photos of any players or their parents.

I advised Mr. Cass that numerous parents were upset and had made complaints to the Wayland Police Department regarding the videotaping and photographing of their minor children without asking for permission. I advised him that a report would be made and documenting our discussion and would be forwarded up to the Winslow Maine Police Department as if any violations of law were made it would have been in their jurisdiction.

Prior to meeting with Mr. Cass, I had read an article in the Metrowest Daily Newspaper regarding his MIAA complaint which was made at the end of the August. In the article, Mr. Cass allegedly stated that he was going to the area to visit a coach with a camp in the same area during the same trip. I asked him about this, and he stated that while on his way up to Camp Caribou, he called his college coach to see if he was around, but was told that he wasn't.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

Jamie D. Berger
*Signature - Reporting Officer*

Jamie D. Berger
*Signature - Reviewing Officer*

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721




Incident Number: 2015000009757
File No: N/A
Dispatch Incident Number: 2015000011223
Print Date: November 2, 2015
Printed By: pswanick

# Incident Report

**Incident Information**

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fri | 09/04/2015 | 9:55:56AM | | Fri | 09/04/2015 | 9:55:56AM | → | 9/4/2015 | 9:55:56AM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| PD-Suspicious Activity P:009757 | PD-Suspicious Activity | |

| Incident Address | Reporting Officer |
|---|---|
| 38 COCHITUATE ROAD, WAYLAND, MA 01778 | Det. Sergeant Jamie Berger (71JB) |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| NORTH | | | | |

| Business Name | Incident Types - Other | Action Taken |
|---|---|---|
| N/A | | Logged |

**Related Incident Summary**

| Incident No. | Date | Nature | Notes |
|---|---|---|---|
| No Related Incidents reported for Incident #: 2015000009757 | | | |

**Associated Persons Summary**

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Cell Phone # | Work Phone # |
|---|---|---|---|---|---|---|
| Reporter | JONES, CLAYTON E | [redacted] | M | [redacted] | [redacted] | N/A |
| Address: | 74 OLD CONNECTICUT PATH, WAYLAND, MA 01778 | | | | | |
| Other | CASS, STEPHEN F | 10/24/1966 | M | (339) 368-2961 | (339) 368-2961 | N/A |
| Address: | 21 WOODLAND ROAD, WAYLAND, MA 01778 | | | | | |
| Other J | [redacted] | [redacted] | M | N/A | N/A | N/A |
| Address: | [redacted] | | | | | |
| Other J | [redacted] | [redacted] | M | N/A | N/A | N/A |
| Address: | [redacted] | | | | | |

**Associated Businesses Summary**

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| No Associated Businesses reported for Incident #: 2015000009757 | | | |

**Involved Officers**

| Officer Title | Officer Name | Officer Type | Division |
|---|---|---|---|
| Det. Sergeant | Jamie Berger | Reporting Officer | Detective Division |
| Det. Sergeant | Jamie Berger | Responding Officer | Detective Division |

**IBR/UCR Offenses**

| Offense Number | IBR Type | Chapter | Section | Statute ID / IBR Type Description |
|---|---|---|---|---|
| No Incident Offenses Recorded for Incident #: 2015000009757 | | | | |

**Complaint Charges**

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| No Complaint Offenses Recorded for Incident #: 2015000009757 | | | | |

**Vehicle Info**

| Reg Plate - State (Year) | Vehicle Year, Make, Model | VIN | Primary Color | Second Color | Insurance Co. |
|---|---|---|---|---|---|
| No Vehicle Info Recorded for Incident #: 2015000009757 | | | | | |

**Property**

No Property Info reported for Incident #: 2015000009757

**Wayland Police Department**




Incident Number: 2015000009757
File No: N/A
Dispatch Incident Number: 2015000011223
Print Date: November 2, 2015
Printed By: pswanick

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721

# Incident Report

**Citations**

| Citation No | Code | Date | Status | Statute | Description |
|---|---|---|---|---|---|
| No Citations reported for Incident #: 2015000009757 | | | | | |

**Permits**

| Permit No | Type | Issue Date | Expire Date | Status | Issued To/Notes |
|---|---|---|---|---|---|
| No Permits recorded for Incident #: 2015000009757 | | | | | |



WPD00153

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721



Incident Number: 2015000009757
File No: N/A
Dispatch Incident Number: 2015000011223
Print Date: November 2, 2015
Printed By: pswanick

# Incident Report

**Narratives for Incident Number 2015000009757 ? Yes**

**Other Narratives not authorized for print? None**

**Narratives this user authorized to print:**

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/04/2015 10:21 | SUSPICIOUS ACTIVITY | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/04/2015 |

On Friday, September 4, 2015, Mr. Clayton Jones of 74 Old Connecticut Path Wayland, Massachusetts came to the Wayland Police Department to report that Stephen Cass, who was the Athletic Director of the Wayland High School had been videotaping both of his sons while they were at the Wayland High School Football practice on August 24, 2015 at Wayland High School and then on Monday and Tuesday, August 24th and 25th respectively in Camp Caribou, Winslow Maine.

Mr. Jones said both of his sons [redacted] ([redacted]) who is a Senior and [redacted] who is a Freshman at Wayland High School travelled to Camp Caribou in Winslow Maine with the Wayland High School Football team for their annual trip in August. Mr. Jones nor his children gave permission to be recorded either in Massachusetts or Maine.

Mr. Jones advised me that he thinks it is very suspicious and concerning that Stephen Cass would hide in the woods, while trespassing on Camp Caribou and videotape his children and the entire Wayland High School Football team.

I will forward this report to Sergeant Haley Fleming of the Winslow Maine Police Department for possible follow up in their jurisdiction.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

*Signature - Reporting Officer*

*Signature - Reviewing Officer*

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:49 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

On Tuesday, September 08, 2015, Steven Cass of 21 Woodland Road Wayland, Massachusetts came to the Wayland Police Department to speak with me. Last week, I had spoken with Mr. Cass about coming in and speaking with me regarding some complaints that had been reported to me.

I advised Mr. Cass that I had received several complaints from parents of children on the Wayland High School football team regarding Mr. Cass' alleged videotaping and photographing of minor children at Camp Caribou in Winslow Maine on Monday, August 24th and Tuesday, August 25th 2015.

Mr. Cass advised me that in the early morning of Monday, August 24th, he went to Wayland High School where he observed the Wayland High School football team practicing. He then told me that he observed buses arriving to take them to Camp Caribou in Maine. He observed freshman going on the trip as well, which when he was the athletic director, he did not allow.

He went home and then decided to drive to Camp Caribou himself to observe what the Wayland High School football

**Wayland Police Department**

38 Cochituate Road
Wayland, MA 01778
(508) 358-4721




Incident Number: 2015000009757
File No: N/A
Dispatch Incident Number: 2015000011223
Print Date: November 2, 2015
Printed By: pswanick

# Incident Report

**Narrative by: Det. Sergeant Jamie Berger (71JB) Division: Detective Division (continued)**

| Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 09/08/2015 10:49 | Supplement | Det. Sergeant Jamie Berger (71JB) | Open | Det. Sergeant Jamie Berger | 09/08/2015 |

team was doing up there.

He stated he arrived at the gate at Camp Caribou, had on a Wayland hat, and when he went to the gate, stated that "he was from Wayland". The gate attendant told him that Wayland was practicing and pointed to a field. I asked him that was a play on words, and he stated that "I didn't lie". I told him I understood that, but that the attendant most likely believed he was with the Wayland High School football team and he acknowledged that.

Once inside Camp Caribou, Mr. Cass stated that he went inside a baseball dugout and began to film the Wayland High School football team. I asked him how far from the players and/or field and he stated that he was about 150 yards away. I asked him why he was so far away from the players and field, and if it was because if they knew he was there, it would be an issue, and he acknowledged that fact.

I asked him if he was also videotaping from the wood line or in the woods of the property. He stated that he was videotaping as he stood next to a tree.

Mr. Cass advised me that he had not asked anyone if he could videotape or take photos of any players or their parents.

I advised Mr. Cass that numerous parents were upset and had made complaints to the Wayland Police Department regarding the videotaping and photographing of their minor children without asking for permission. I advised him that a report would be made and documenting our discussion and would be forwarded up to the Winslow Maine Police Department as if any violations of law were made it would have been in their jurisdiction.

Prior to meeting with Mr. Cass, I had read an article in the Metrowest Daily Newspaper regarding his MIAA complaint which was made at the end of the August. In the article, Mr. Cass allegedly stated that he was going to the area to visit a coach with a camp in the same area during the same trip. I asked him about this, and he stated that while on his way up to Camp Caribou, he called his college coach to see if he was around, but was told that he wasn't.

Respectfully Submitted,
Detective Sergeant Jamie D. Berger
Wayland Police Department

*Signature - Reporting Officer*

*Signature - Reviewing Officer*