# EXHIBIT 79

PROPERTY OF
WPS 08204
WAYLAND PUBLIC SCHOOLS