# EXHIBIT 80



## Wayland Police Department Press Release

Case#: 2015-11911
Date: 10/26/2015
Time: 1121 hrs
Incident: Arrest

| Name | Age | Address |
|---|---|---|
| Arrestee: Stephen R. Cass | 49 | 21 Woodland Road, Wayland, MA |

Charges: Larceny over $250 and Receiving Stolen Property over $250

On Monday, October 26, 2015, the Wayland Public School District reported that an employee no longer employed by the district was believed to be in possession of a computer owned by the district. The Wayland Police Department conducted an investigation, was issued a search warrant and recovered the stolen computer. Subsequently, Stephen F. Cass of Wayland was arrested and charged with the above offenses.

Arresting/Investigating Officer(s): Detective Sergeant Jamie D. Berger
Supervisor: Detective Sergeant Jamie D. Berger





WPD02108