# **<u>EXHIBIT F</u>**

**To:** Stephen Cass[stephen_cass@wayland.k12.ma.us]
**From:** Allyson Mizoguchi
**Sent:** Tue 1/6/2015 3:34:12 AM (UTC)
**Subject:** Re: Donation

T 'ks for this additional info.
A

On Mon, Jan 5, 2015 at 9:19 AM, Stephen Cass <stephen_cass@wayland.k12.ma.us> wrote:

> Wow, this is terrible. I'm interested in Maureen's response.
> What do you mean that parents were asked "publicly" to donate towards the coach bus? Interested in that, too.

They were asked in a group setting, not via email or some more private way - not sure of all the details.
Also learned that Clayton Jones was behind this. He is the person in town most opposed to any changes to fundraising policy. I also learned this weekend that he is the person who called Mike Henley to plow the field on Thanksgiving.

If this was a senior class trip, would you allow one parent or group of parents to pay for a coach bus while other the other kids went in yellow buses. Of course not.

Let's strategize about using this as a helpful example of why things need to change. (We'll keep Eric's name out of this, of course.)

Thanks for forwarding...let 2015 begin!

A

> On Sat, Jan 3, 2015 at 3:14 PM, Stephen Cass <stephen_cass@wayland.k12.ma.us> wrote:
>
> just fyi...
>
> This is some of the fallout of the wrestling coach bus. I'm also getting feedback from parents that some of the wrestling parents were asked publicly to contribute $100 toward the cost of the bus and were not happy about being placed in that position. It's what happens when you let parents run your athletic program (and this would not go on in the South Bldg).
>
> Very frustrating since we have a policy forbidding teams from renting coach buses and I know exactly what the ripple effect will be from allowing teams to do whatever the want.
>
> I agree with Eric, even though I would have loved to get his donation.
>
> Hope you are enjoying the remnants of your vacation. See you Monday.
>
> Stephen
>
> ---------- Forwarded message ----------
> From: **Eric Schwartz** <eric@sebagocapital.com>
> Date: Sat, Jan 3, 2015 at 11:27 AM
> Subject: Donation
> To: Maureen Tillett <maureentillett@me.com>
> Cc: Mark & Megan Lucier <markl@cfgbenefits.com>, "Stephen Cass (Stephen_cass@wayland.k12.ma.us)"
> <Stephen_cass@wayland.k12.ma.us>

It is with regret that I have reconsidered my $10,000 donation for the sports van and cannot in good conscience provide the money to the Boosters Club. This morning I learned that parents were able to raise over $1000 at the drop of a hat to provide Coach bus transportation for a single sports team, a lot of money for a single day asset. I applaud the Boosters Club efforts to work on plugging the large athletic budget gap; soliciting donations for assets like the sports van is a great way to save money over the long term while at the same time providing athletic opportunities otherwise unavailable. I've kept the check in my back pocket for over two months because the balance of the money for the van has not been raised, and now I'm scratching my head to understand why in light of the aforementioned. -Eric


--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools


--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746


--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools


--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746