# EXHIBIT FF

## DISCRIMINATION

Both State and Federal laws prohibit discrimination in the public schools. No person shall be excluded from or discriminated against in admission to a public school of any town, or in obtaining the advantages, privileges and courses of study of such public school on account of race, color, sex, religion, sexual orientation, national origin or handicap. No school may exclude a child from any course, activity, service or resource available in that public school on account of race, color, sex, religion, sexual orientation, national origin, or handicap.

If you have any questions or complaints regarding Chapter 622, Title IX, Title VI or Section 504, please do not hesitate to contact the principal. Copies of these laws and the regulations can be obtained from the superintendent's office or from the Bureau of Equal Opportunity, 31 James Avenue, Boston, MA 02116.

Dr. Marlene Dodyk has been appointed as the coordinator of Chapter 622, Title IX, Title VI and Section 504 programs for the Wayland Public Schools. If after contacting the principal relative to these programs, you have further questions or concerns, you may contact Dr. Dodyk at the Office of the Superintendent of Schools, 41 Cochituate Road, Wayland, MA 01778.

### Discrimination Complaint Procedure

1. **Introduction:** The purpose of this procedure is to set forth the steps which will be followed in order to resolve complaints related to the school department's compliance with Chapter 622, Title IX and/or Section 504 of the Rehabilitation Act of 1973.
2. **Complaint Procedure:** This procedure may be used by any student, parent and/or employee.

**Level 1:** Anyone with a complaint shall bring it to the attention of the principal as soon as possible. The principal will investigate the complaint and respond in writing within seven days. Complaints may also be filed with any member of the Advisory Committee.

|  | District | High School |
|---|---|---|
| Title I (Income) | Brad Crozier 358-3773 | Allyson Mizoguchi 358-7746 |
| Title II (Special Education) | Brad Crozier | Allyson Mizoguchi |
| Title VI (Race, Color, National Origin) | Brad Crozier | Allyson Mizoguchi Marybeth Sacramone 358-3707 |
| Title IX (Gender) | Brad Crozier | Allyson Mizoguchi |
| MGL. Ch. 76 (Attendance) | Brad Crozier | Allyson Mizoguchi |
| Section 504 (Disability) | Marlene Dodyk 358-3756 | Marybeth Sacramone |

**Level II:** If the complaint is not satisfactorily resolved, it may be forwarded to the superintendent or his designee who will investigate the complaint and respond in writing within fourteen days.

**Level III:** If the complaint is not satisfactorily resolved within fourteen days, it may be forwarded to the school committee. The school committee will review and act on all complaints within thirty days. The school committee will communicate its action in writing, to the complainant and will inform the bureau of its decision.

3. **Additional Information:**
   - Marlene Dodyk is the Coordinator for Chapter 622, Title IX, Title VI and Section 504 of the Rehabilitation Act and may be contacted at the Superintendent's Office at 358-7728.
   - Inquiries regarding Chapter 622 may be made at the Bureau of Equal Educational Opportunity, Department of Education, Commonwealth of Massachusetts, 31 St. James Street, Boston, Massachusetts 02116, (617) 727-5880.
   - Information regarding Title IX, Title VI and Section 504 of the Rehabilitation Act may be obtained from the Office of Civil Rights, Department of Health, Education and Welfare, Washington, D.C. 20201.

## HARASSMENT

Respect for the dignity of all individuals is an essential part of Wayland High School's educational commitment. Behaviors which show disrespect for any individual are unacceptable in the Wayland High School community.

The Wayland Public Schools is committed to equal employment and educational opportunity for all employees and applicants, students, parents, and members of the school community, including those parties who are contracted to perform work for the Wayland Public Schools, without unlawful regard to race, color, religion, sex, national origin, age, sexual orientation, or disability in all aspects of employment and education. Members of the school community include the School Committee, administration, faculty, staff, students, and volunteers working in the schools, while they work and study subject to school authorities.

The Wayland Public Schools is also committed to maintaining a school and work environment free of harassment based on race, color, religion, national origin, age, sex, sexual orientation, or disability. The Wayland Public Schools expects all employees and other members of the school community to conduct themselves in an appropriate and professional manner, with respect and concern for their colleagues and students.

Harassment on the basis of race, color, national origin, religion, age, sex, sexual orientation, and disability for any reason or in any form is prohibited and will not be tolerated. Harassment includes verbal or physical conduct which may or does unreasonably offend, denigrate, or belittle any individual because of any of the characteristics described above. Such conduct includes, but is not limited to unsolicited remarks, jokes, comments, innuendoes, gestures, or physical contact; or the display or circulation of written materials or pictures derogatory to either gender or to racial, ethnic, religious, age, sexual orientation or disabled individual groups.

Specifically, sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:
1. submission to such conduct or communication is made a term or condition either explicitly or implicitly to obtain or maintain employment or educational development and opportunity, or
2. submission to or rejection of such conduct by an individual is used as the basis for employment or education decisions affecting such individual or,
3. such conduct or communications has the purpose or effect of unreasonably interfering with an individual's work or educational performance or creating an intimidating, hostile, or offensive work or educational environment, or

4. under certain circumstances, sexual harassment may constitute child abuse under Massachusetts Law, G.L.C. 119 & 51A. Wayland Public
5. Schools shall comply with Massachusetts's laws in reporting suspected cases of child abuse.

Any attempt by an employee or a student to retaliate against a person who makes, or provides information regarding a claim of harassment is also strictly prohibited. No one will be reprimanded or punished in any way for initiating a good-faith inquiry or complaint.

Anyone who believes that this policy statement has been violated should follow procedures set forth in Wayland Public School's procedures for *Resolving Complaints of Harassment.* An investigation will be conducted in a timely fashion, with appropriate attention to the legitimate interests of any individual against whom a complaint has been lodged. Following the investigation, such action as is deemed appropriate will be taken.

Any employee or member of the school community found to have engaged in harassment shall be subject to sanctions, including, but not limited to: warning, suspension, or termination.

Fostering mutual respect requires:
1. A shared understanding of what behaviors are acceptable.
2. A process by which we can support individuals who experience harassment and educate individuals whose actions are unacceptable.

A shared understanding of unacceptable behaviors begins with an understanding of harassment. Harassment is any verbal or physical action by one person toward another which has the purpose or effect of creating an intimidating, hostile, or offensive environment.

Within this context, there are many kinds of harassment. These include, but are not limited to the following:

**Sexual Harassment** is any unwanted sexual attention, physical or verbal. This attention may include spreading sexual gossip, unwanted sexual comments, pressure for sexual activity and/or unwanted physical contact.

**Racial, Ethnic, or Religious Harassment** is any unwanted physical or verbal attention, directed toward any racial, ethnic, or religious group that makes a person feel inferior or uncomfortable. This attention may include racial, ethnic, or religious comments, name calling, jokes, and/or graffiti.

In the event that any individual at Wayland High School experiences behavior which (s) he believes to be harassment, the following steps will be taken:

The individual should seek an adult in the school community whom (s)he trusts. That person will immediately inform the administration and where specific names and offenses are stated, due action will be taken. This would include:
1. Mediation
2. Suspension
3. Parent conference

Procedures For Resolving Complaints Of Harassment
(Including Sexual Harassment)

### Introduction and summary of options

The procedures described below are available whenever someone believes that a member of the Wayland Public Schools community or one of its employees has violated the school's policy on harassment. Under these procedures, someone who believes that s/he, or someone else, has been the victim of harassment is a complainant; any individual who has been accused of harassment, formally or informally, is a respondent.

The Wayland Public Schools offers a range of options when someone believes that harassment has occurred. These include: (a) individual consultation, (b) informal complaint resolution, and (c) formal complaint resolution. Each is summarized below, first briefly, and then in more detail. Any member of the Wayland Public Schools community who seeks further information about these procedures is encouraged to contact Mr. Brad Crozier, Assistant Superintendent, Title VI and Title IX Coordinator (358-3773) or Marlene Dodyk, Director of Student Services, Section 504 Coordinator (358-3756).

Below is summarized the three options available in dealing with sexual harassment.

*Individual Consultation* – The Wayland Public Schools employs in each building person(s) who can provide informal support and guidance to members of the community concerning allegations of harassment. No written records are kept. For further information, see the following sections below: **A. Confidentiality, and D.1. Individual Consultation.**

*Informal Complaint Resolution* – A concerned individual may turn to designated Wayland Public Schools personnel for action short of a formal hearing. For a complainant, such action may include informal mediation, arranging a meeting with the respondent, and/or helping in communicating with the respondent. Written records may be kept. Taking an informal approach at the outset does not preclude formal action later. For further information, see the following sections below: **A. Confidentiality, and D.2. Informal Complaint Resolution.**

*Formal Complaint Resolution* – The formal process begins when a written, signed complaint is filed with a Wayland Public Schools administrator. The administrator, acting on information s/he has received, may also initiate the formal process on behalf of the Wayland Public Schools. Filing a formal complaint ordinarily means a full investigation by a trained investigator. If both complainant and respondent agree, the dispute may become the subject of formal mediation, involving one or more trained mediators. The dispute may also be submitted for a formal hearing. For further information, see the following sections below: **A. Confidentiality, and D.3. Formal Complaint Resolution.**

### Procedural guidelines
A. **Confidentiality** – Wayland Public Schools recognize that both the complainant and the respondent may have strong interests in maintaining the confidentiality of allegations and related information. Accordingly, unless they authorize disclosure, individuals who share information with Wayland Public Schools officials may expect that their conversations will ordinarily remain confidential. In unusual circumstances, however – when information must by law be disclosed (for example: when information received indicates a threat to safety, or when a formal written complaint has been filed) – it may be necessary to disclose it to

y

Wayland Public Schools officials or others. An individual who has concerns about confidentiality should raise them early in the process.

B. **Legal Remedies** - An employee who has been subject to sexual harassment has several legal options. S/he may bring suit under Federal or State Sex Discrimination laws, under Massachusetts statutes which explicitly prohibit sexual harassment, or under common law tort theories such as assault. An employee may also pursue any grievance and arbitration procedures established by a collective bargaining agreement and/or may file a charge with the Massachusetts Commission Against Discrimination ("MCAD") or the Equal Employment Opportunity Commission ("EEOC"). The MCAD and EEOC will pursue the charge with no cost to the employee.

A _student_ who has been harassed may file a complaint under Title IX. The United States Supreme Court has held that a student may recover damages in such an action. A student may also sue under tort theories and may bring a charge with the Office for Civil Rights. Under certain circumstances, sexual harassment may constitute child abuse under Massachusetts Law, G.L.C. 119 §51A. Wayland Public Schools shall comply with Massachusetts laws in reporting suspected cases of child abuse.

Use of these procedures does not preclude subsequent legal action. Similarly, the fact that legal action has begun or is possible does not preclude use of these procedures. Individuals may therefore wish to obtain legal advice as they consider how to proceed.

The Wayland Public Schools intends to protect the rights of _all_ individuals who may become involved with the investigation of a complaint of sexual harassment.

C. **Preventative Administrative Responsibility**
   1. A copy of the **Wayland Public Schools Policy on Harassment** and these **Procedures for Resolving Complaints of Sexual Harassment** is to be distributed to each employee and included in the School/Student Handbook of each school.
   2. All new employees shall be given a copy of the policy within one week of their beginning employment.
   3. At the beginning of each school year, each principal or supervisor shall review with all employees the procedures for registering a complaint about harassment and shall review the redresses which are available.
   4. No principal or supervisor shall destroy evidence relevant to an investigation of discrimination or harassment.

D. **Specific Procedures for Employees and Students**
   1. **Individual Consultation** – Wayland Public Schools has trained persons who can provide informal support and guidance to individual members of the community on issues of harassment. A complainant, respondent, or concerned member of the committee may make use of such persons in order to:
      a. discuss a specific situation or incident;
      b. learn about Wayland Public Schools **Procedure for Resolving Complaints of Sexual Harassment**;
      c. learn about support services and resources;
      d. get personal support and advice on how to proceed, and
      e. determine a course of action.

WHS Staff Handbook 2013-2014                                                                                              41

For example, the support person may help the complainant write a letter to the respondent or suggest ways in which the complainant can approach the respondent (the support person to one party should not, however, contact or meet with the other party). If an Informal Complaint or a Formal Complaint is lodged, the support person may accompany and assist the individual through the complaint resolution process.

No written records of individual consultations are kept. For further information on confidentiality, see the Confidentiality section above.

The names, titles and telephone numbers of individuals trained to serve as support persons are listed in the attachment.

2. **Informal Complaint Resolution** – Sometimes harassment issues are easier to resolve when an informal atmosphere encourages people to identify the difficulty, talk it out, and agree on how to deal with it. Informal Complaint Resolution is available to a complainant who seeks the help of a specially-trained school official, but does not wish to file a formal complaint. Written records may be kept (see section A. Confidentiality).

All the services available through individual consultation – information, advice, and support – are also available here to the complainant, the respondent, or a concerned community member. In addition, depending on the circumstances, the following options are also available:

3. **Informal investigation**, in which one of the designated school officials speaks with the parties and with other individuals who may have information about the situation.
4. **Informal mediation**, in which a school official may help the complainant bring the problem to the respondent's attention, speak with the respondent and other witnesses, and help the parties arrive at a mutually-acceptable solution. Such a resolution may or may not entail a face-to-face meeting of the complainant and respondent. Mediation should be conducted only with the consent of both parties.

School officials authorized to engage in Informal Complaint solutions are listed in the attachment.

Possible conflicts exist between the roles of support person, investigator, and mediator. A school official who foresees such a conflict should avoid it by requesting assistance from another designated official. The individual should also call any such conflict to the attention of the officials involved. Each designated school official may, as needed, convene a meeting of other such officials.

Throughout the Informal Complaint Resolution process, the complainant and respondent may each be accompanied by the support person from the individual consultation stage, another adviser, or another support person from the school community.

5. **Formal Complaint Resolution** – Anyone who believes that harassment has occurred may choose, either initially or after having sought to resolve the matter informally, to bring a complaint through the Wayland Public Schools formal procedures, one outcome of which may be disciplinary action against the respondent. The purpose of the Formal Complaint Resolution process is to ensure prompt, fair, and formal resolution of a complaint of harassment.

Please consult the Wayland Public Schools Administrative Procedures: Complaints Regarding Personnel.

### E. Resources
- Middlesex District Attorney Victim/Witness Bureau: (617) 494-4430
- Town of Wayland Youth and Social Workers: (508) 358-7701 extension 126.
- Wayland Public Schools contacts for information and advice include the following Title VI, Title IX, and Section 504 building representatives:

| | |
|---|---|
| High School: | Allyson Mizoguchi, Principal, 358-3705 |
| | Marybeth Sacramone, Guidance Director: 358-3706 |
| | James Girard, Guidance Counselor: 358-3710 |
| Central Office: | Brad Crozier, Asst. Superintendent: 358-3773 |
| | Dr. Marlene Dodyk, Dir. Of Stud. Ser: 358-3756 |

### F. Personnel Authorized to engage in Informal Complaint Resolution

Mr. Brad Crozier, Assistant Superintendent
Dr. Marlene Dodyk, Director of Student Services
Ms. Debbie Bearse, Claypit Hill Principal
Ms. Allyson Mizoguichi, High School Principal
Mr. Jim Lee, Happy Hollow Principal