# EXHIBIT GG

Wayland Public Schools Mail - Booster Clubs

https://mail.google.com/mail/u/0/?ui=2&ik=d209fc9c32&view...

GM i 

Stephen Cass <stephen_cass@wayland.k12.ma.us>

## Booster Clubs
1 message

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>  Thu, Oct 16, 2014 at 12:35 PM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>, Paul Stein <Paul_Stein@wayland.k12.ma.us>, Brad Crozier <brad_crozier@wayland.k12.ma.us>

Hello,

Here is a good article on Booster Clubs that touches on many of the issues and challenges Wayland athletics is currently facing, from operational, fiscal efficiency and equity perspectives

Over the years, I've spent a good bit of time with the Dr. Green mentioned in the article.

Please read at your leisure.

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

📎 booster clubs.pdf
   983K

of 1

AM/PS/BC

6/9/15, 9:34 PM



Interscholastic Athletic Administration

The professional magazine for interscholastic athletic directors. | Fall 2014

# ADVICE

# Balancing General and Sports-Specific Booster Clubs



*By John Evers, CMAA*

For many years booster clubs have been a needed ingredient in fulfilling the funding needs for interscholastic athletic programs. Booster clubs once provided the perks and little extras that allowed athletic programs to thrive. With the changing economy and the tightening budgets, booster clubs have become a necessity for survival in many athletic departments. But despite the urgent need of such revenue streams, athletic administrators must always be mindful of some of the challenges and dilemmas that booster clubs can create.

I spent much of my career coaching in three schools. In all of those settings, the school was served by a general booster club that addressed the needs of all sports in a fair and equitable manner. All teams and backers pulled together as one and all shared equally in the benefits derived from the booster club. This was a great system for us.

However, some schools and communities have individual booster groups for each sport. Still others have a general booster club as well as individual booster clubs for sports. This third model is extremely difficult to balance. Sometimes friction can arise between the groups and factions can be formed. In addition, some sports-specific groups can create challenges that could upset the balance of spending support between various sports. Some of the imbalances can be produced between similar male and female sports. When such imbalances arise, the athletic administrator must be proactive in creating a relationship with all boosters that does not allow the overall program to become out of balance as it relates to gender equity.

At my most recent school, it had a history of an overall athletic booster club as well as individual booster clubs for many of the sports. Less than half of the sports depended solely on the overall booster group for additional support.

After lengthy discussions with many coaches, administrators and patrons it became very apparent that the individual groups were not going to go away. There was very little support above and below my administrative level to disband the system which had existed for years. Therefore, it became my mission to make both models work together in a manner that best served our student-athletes while staying in compliance with the guidelines of Title IX. This was a difficult challenge to say the least.

The first part of balancing the concept of an overall booster club and sports-specific booster groups was to make sure the overall booster club is on sound footing. In working with the overall boosters, it was imperative that the group had a good organizational model. A constitution was written (modeled from one found in LTI 611). By-laws were followed in the selection of officers, the timing of meetings, the methods of funds raised and the system by which funds were distributed to all teams. It was vital that all groups shared equally in the work of the club as well as the financial benefits. It was also important to not violate any of the fund-raising guidelines subscribed to by our school district. Many of our smaller teams depended on the booster club for their very survival in tough financial times.

The hardest part of keeping the delicate balance between overall and sports-specific boosters was the development of a framework by which the sports-specific groups could operate independently. The concept of independence, while staying within guidelines designed to prevent an imbalance in benefits between sports, was an extremely daunting task. We approached the job of reigning in the sports-specific groups without causing a mass mutiny on three levels.

Much of our approach was based on guidelines for compliance to Title IX. We relied heavily on the work of Dr. Lee Green. The information contained in LTI 604 and his earlier



publication "The Level Playing Field" provided great material to discuss with all parties. His examples were vital in helping us portray the proper role for boosters in fund-raising and staying compliant. Education of the various groups was critical in the success of our overall plan.

Many times when change occurs, those that are affected will go right over your head to an administrator on the district or building level. The first people we tried to sell on a cooperative plan were the superintendent and building principal. Since they were going to be the first ones to receive complaints, we wanted them to be well versed in the problems sports-specific groups can create for a school and a district. Much of the information and many of the examples cited in the work of the NIAAA and Dr. Green were collected. Guidelines from the Office of Civil Rights (OCR) and actual court cases painted a clear picture of what could go wrong if booster clubs were left to their own devices. It became evident that all support groups must be given both structure and direction in their attempts to help boost the sports they served.

Armed with the support of upper level administration, the next group that needed to come on board was the coaching staff. Over a period of time, each head coach was asked to meet and discuss their needs. Those needs that could be served by the athletic department were noted. The role of the overall booster club in meeting needs was then addressed. Finally, if the coach had an individual booster club, frank discussions ensued to document what could and could not be done. As before, examples of court cases and OCR guidelines were reviewed.

Many of the coaches had no idea of the effect their booster groups could have on imbalances in the department. Furthermore, they were not aware of the legal ramifications that could develop for the entire school community if such imbalances progressed to the point of an OCR audit. An agreement was reached with each coach to aid in the training and development of booster groups that could aid their sports, but do so in a manner that was conducive to gender equity compliance.

A final understanding was reached with coaches whose booster groups elected a president or leader each year. It was agreed that each year the leader of each individual booster group would meet with the athletic director. The purpose of this meeting was to share information on the concept gender equity compliance. It was hoped that by sharing an open dialogue early in the process, mistakes could be avoided before problems developed.

The hardest group to sell on the concept of gender equity and balancing benefits for all teams in the department were the leaders of each individual booster group. Most sports leaders had "tunnel-vision" and cared little about other groups and compliance concepts. As with the earlier meetings, there was much sharing of practical and legal examples of what could happen to a school if a booster group provided benefits that created an imbalance. Our meetings began with a sharing of the budget and how it is constructed for the athletic department. Time was also allotted for a display of our method of tracking spending and equity compliance over the years. Many of the examples used were those that are currently contained in LTI 511. As with our coaches, many of the boosters had no idea of what could happen to compliance balance by excessive fund-raising for a single sport.

With the support of upper level and administrators and our coaches, several agreements were reached with the individual sports booster groups that are still in place today. Each of the groups agreed to promote the general athletic booster club. Many require their team parents to join the general booster club before they can pay dues to a sports specific

booster group. All are very supportive of the general group and are quite active in the booster program and seasonal events.

In each of our yearly meetings with group leaders, the coach and I stressed the need for open and honest communication with the athletic director. Every fund-raiser needs to be run through the athletic office for approval. A yearly budget for each group is also presented in order to make sure that spending does not create an imbalance. All purchases are done through the athletic office. The booster group makes a "donation" to the athletic general fund. Once the expenditure has been approved and the donation made, the athletic department makes the purchase and creates a paper trail. This system allows for an orderly method by which spending can be studied and controlled. While our individual boosters are not always happy with this system, they know that the policy is endorsed from the top down and is in place to prevent legal entanglements.

One positive effect of our work with individual booster groups has been the combination of many of the smaller groups. Several of our non-revenue sports have relatively small number of members. They concluded that by joining forces, they could aid each other in their work. Many shared the same facilities and could generate twice the support. This also helped alleviate spending imbalances in like sports since the groups were sharing both the work and the benefits. It also helped me as an athletic administrator because it eliminated competition between sports groups and possible spending imbalances.

Booster groups can be a great aid in meeting the complex needs of funding interscholastic athletics. They can often bridge the funding gap caused by budget shortfalls in school systems. Instead of alienating booster groups it is imperative to bring them into discussion. Frank discussions, education and sharing can create a culture of cooperation that benefits all student-athletes and not just the few. Realize that problems can still arise from work with booster groups. But, by tackling the possible problems early and head-on, athletic directors can reduce the risk of long term disasters in compliance issues. IAA



ABOUT THE AUTHOR: *John Evers, CMAA, is a retired athletic director and chair of the NIAAA Publications Committee. Most recently, he was athletic director at Castle High School in Newburgh, Indiana. He can be reached at eversje1954@gmail.com.*

---
## Long-term care insurance fills the gap in health coverage

- Only long-term care insurance covers extended care you may need if you or your spouse have a stroke, serious illness or accident
- Many people believe health insurance or Medicare will pay, but this is simply not the case
- Unless you have a long-term care insurance policy, you will pay for care with your personal savings and assets, and the costs can add up fast




### Average Cost of Long-Term Care Nationwide



| | 1 Year | 5 Years |
|---|---|---|
| Part-Time Home Health Care (3 hours/day, 5-day/week) | $22,490 (about $86/day) | $112,450 |
| 24/7 Home Health Care | $189,435 (about $519/day) | $947,175 |
| Assisted Living Facility | $38,325 (about $105/day) | $191,625 |
| Nursing Home Facility | $76,650 (about $210/day) | $383,250 |

Source: 2010 Mutual of Omaha Cost of Care Survey

**Cash for care received at home**
If given the choice, wouldn't you prefer to receive care at home?

This policy pays cash for home care, which means friends and family members can help with transportation, dressing, preparing meals and other personal care

**Want more information?**
For questions about health conditions and discounted premium rates for members, spouses and parents, contact Steve Woods, LTC Solutions, Inc. 317-697-4309 or email swoods@ltc-solutions.net