# EXHIBIT HH




Stephen Cass <stephen_cass@wayland.k12.ma.us>

# Mike Henley
2 messages

**Stephen Cass** <stephen_cass@wayland.k12.ma.us>           Tue, Oct 28, 2014 at 9:33 AM
To: Allyson Mizoguchi <allyson_mizoguchi@wayland.k12.ma.us>

I think you and I should have a meeting with Mike Henley sometime soon. With the golf team winning states, I'd be most certain that his Steve Henley fund will be providing the team with jackets (an educated guess). If he's doing it for one team (as an athletic support organization), he needs to do it for every team.

It's part of the gender equity piece that is still problematic and part of the need for things to flow through the athletic office and not have too many things done independently.

--
Stephen Cass
Director of Athletics
Wayland Middle and High Schools

---

**Allyson Mizoguchi** <allyson_mizoguchi@wayland.k12.ma.us>           Tue, Oct 28, 2014 at 11:07 PM
To: Stephen Cass <stephen_cass@wayland.k12.ma.us>

Got it. Add it to the list.

By the way, we have a meeting scheduled for 12:30 tomorrow, which conflicts with the department head meeting. This meeting might be a good one for you to come to, as we're going to talk about "Wayland Connects" and the larger issue (perhaps) of work load and too much homework. Would be great to have your perspective!

And, we can reschedule our half-our weekly...perhaps to Thursday?

A
[Quoted text hidden]
--
Allyson Mizoguchi
Principal
Wayland High School
(508) 358-7746