# EXHIBIT II

# 4/3 Principal Notes

| SUBJECT | MONDAY ........date....... | TUESDAY .......date....... | WEDNESDAY ......date....... |
|---|---|---|---|
| 4/10 | Ruth Chapman – | 617 – 510 – 5314 | Ken & Brad! |
| period | | | |
| | Paul LeBlanc – again – | 781 760 0694 | |
| period | | | |
| | Nicole Capers – accepting position | 774-329 6764 | |
| period 4/10 | | | |
| | Paul – ① Say things to him, then hard evaluation or | | |
| | ② Hard evaluation, allow to read, then respond to questions | | |
| period | | | |
| | I've written this up – concerned you will have a strong reaction – read and sit down – and discuss. Be clearer with him – timeline? deserves an opportunity to respond. | | |
| period | | | |
| | association – unsubstantiated (eg T9) hyperbolic – overstated & nonspecific unclear, unspecific in nature forceful in tone, vague and at the same time | | |
| period | | | |
| | Where did he write out the specifics? Who did he talk to? | | |
| period | | | |