# EXHIBIT JJ

VOLUME: I
PAGES: 1 - 244
EXHIBIT: 1 - 25

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

STEPHEN F. CASS
   Plaintiff,

vs.

TOWN OF WAYLAND, WAYLAND PUBLIC
SCHOOLS, WAYLAND POLICE DEPARTMENT,
PAUL STEIN, BRAD CROZIER, ALLYSON
MIZOGUCHI, and JAMES BERGER (MISNAMED),
   Defendants.

Civil Action No.
1:17-cv-11441

_____

**CONFIDENTIAL**

**DEPOSITION OF STEPHEN F. CASS**, taken on behalf
of the Defendants, pursuant to the applicable provisions
of the Federal Rules of Civil Procedure, before Kristin L.
Tucker, Notary Public and Certified Shorthand Reporter
within and for the Commonwealth of Massachusetts, at the
Law Offices of Pierce, Davis & Perritano, LLP, 10 Post
Office Square, Boston, Massachusetts, on April 26, 2018,
at 9:00 a.m., as follows:

**TUCKER COURT REPORTING, INC.**
9 P Street, Suite 100
Boston, Massachusetts 02127
(888) 852-DEPO

1    It was my computer.

2         Q.    What do you mean "at that point"?  Was it one

3    of the -- Was it a computer or laptop that had been issued

4    to you by the Wayland School Department?

5                        MR. HINCKS:  Objection.

6         A.    Yes.

7         Q.    And when did it transform into becoming your

8    computer?

9         A.    When it was given to me in the summer of 2014.

10        Q.    By whom?

11        A.    I recall it being Mary Barber.

12        Q.    Where were the two of you when she gave you

13   this computer?

14        A.    We were in her office.

15        Q.    Was anyone else present?

16        A.    I don't recall anyone else being present.

17        Q.    Did she provide something to you in writing

18   saying that Ms. Barber was giving you school property for

19   you to keep?

20        A.    No.

21        Q.    Did she indicate to you that from that point

22   on, that was now Stephen Cass's property?

23        A.    Yes.

24        Q.    Did you ever provide that -- At any point in

CONFIDENTIAL

228

1    Q.    Did you tell Brad that this MacBook Pro, did

2   you tell Brad that you had actually returned it to Keith

3   Clevenger --

4    A.    Yes.

5    Q.    -- or the IT department?

6    A.    Yes.

7    Q.    Was that accurate at the time?

8    A.    Yes.

9    Q.    So what was the computer that was found in your

10  home when Detective Berger et al. executed the search

11  warrant?

12   A.    That was a MacBook.  That was a different

13  computer.

14   Q.    Which you believe and still maintain Mary

15  Barber had said you could keep?

16   A.    Yes.

17   Q.    Including the laptop or computer that Mary

18  Barber told you you could keep, how many lap tops were you

19  issued by the Wayland School Department?

20   A.    As I recall, I was issued three different lap

21  tops.  However, I was issued the MacBook on three

22  different occasions.

23   Q.    The same MacBook on three different occasions?

24   A.    I believe it was the same MacBook, but it's

CONFIDENTIAL

244

1          **COMMONWEALTH OF MASSACHUSETTS**

2                **COUNTY OF SUFFOLK**

3          I, Kristin L. Tucker, a Certified Shorthand
Reporter and Notary Public in and for the Commonwealth of
4   Massachusetts, do hereby certify that the foregoing
deposition was taken before me on the 26th day of April,
5   2018.

6          That the witness named in the deposition, prior
to being examined, was by me first duly sworn;
7

8          That said deposition was taken before me at the
time and place therein set forth and was taken down by me
in shorthand and thereafter transcribed into typewriting
9   under my direction and supervision;

10         That said deposition is a true record of the
testimony given by the witness and of all objections made
11  at the time of the examination.

12         I further certify that I am neither counsel for
nor related to any party to said action, nor in any way
13  interested in the outcome thereof.

14         IN WITNESS WHEREOF, I have subscribed my name and
affixed my seal this 7th day of May, 2018.

15

16

17       _____

18       Kristin L. Tucker, Notary Public in and
         for the Commonwealth of Massachusetts
19       My Commission Expires: December 2, 2022

20

21

     **PLEASE NOTE:**
22

     **THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT**
23   **APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS**
     **UNDER THE DIRECT CONTROL AND/OR SUPERVISION OF THE**
24   **CERTIFYING COURT REPORTER.**