UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER,<br>    Defendants. | C.A. NO. 1:17-cv-11441 |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE RELATING TO CHARITABLE DONATIONS FROM WAYLAND SPORTS TEAMS.**

The defendants need not tarry. The defendants seek to introduce evidence concerning the fundraising efforts of the Boys' Varsity Soccer Coach, Dave Gavron, to rebut any testimony that plaintiff or anyone acting on his behalf offers at Trial, concerning the "stolen apparel" or "theft" of fundraising money by Gavron—claims that plaintiff made to and that were investigated by the Wayland Police Department in September 2016. See Defendants' Motion in limine To Exclude Any Testimony About "Stolen Apparel" Or Any Comparable Testimony (Doc. No. 123). It is no secret that Dave Gavron is one of the Wayland High School Coaches with whom Stephen Cass did not get along. If Mr. Cass or anyone testifying on his behalf is allowed to testify that he reported instances of "fraud" or "theft of funds" by Dave Gavron—which allegations were investigated and found to be without merit by the Wayland Police Department—then to level the playing field, the Defendants should be allowed to introduce evidence of the "use" of these funds as provided in the two documents that are the subject of this particular Motion in limine. Likewise, even if the Court excludes the documents themselves—if Mr. Cass is allowed to testify about the very serious accusations that he (Cass) lobbed at Dave Gavron—then the defendants should be

allowed to call Dave Gavron to rebut those accusations including the "use" of the moneys raised by the Boys' Soccer Team through its various fundraising activities.

                Respectfully submitted,
                The Defendants,
                TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER,
                By their Attorneys,
                **PIERCE DAVIS & PERRITANO LLP**

*/s/ Adam Simms*
John J. Davis, BBO #115890
Adam Simms, BBO #632617
John M. Wilusz, BBO #684950
10 Post Office Square – Suite 1100N
Boston, MA 02109-4603
(617) 350-0950
jdavis@piercedavis.com
asimms@piercedavis.com
jwilusz@piercedavis.com

Dated: June 13, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on June13, 2019.

                */s/ Adam Simms*
                Adam Simms