UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMIE BERGER,<br>    Defendants. | C.A. NO.<br>1:17-cv-11441 |

## **DEFENDANTS' SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

In accordance with the Court's request of July 15, 2019, the Town of Wayland, Wayland Public Schools, Paul Stein, Brad Crozier, and Allyson Mizoguchi respectfully submit the following supplemental jury instruction regarding the defense of advice of counsel to the claim of intentional interference with contractual relations:

                                      Defendants,
                                      TOWN OF WAYLAND, WAYLAND
                                      PUBLIC SCHOOLS, PAUL STEIN, BRAD
                                      CROZIER, AND ALLYSON MIZOGUCHI,
                                      By their Attorneys,


                                      */s/ John M. Wilusz*
                                      Adam Simms, BBO #632617
                                      John M. Wilusz, BBO #684950
                                      John J. Davis, BBO #115890
                                      PIERCE DAVIS & PERRITANO LLP
                                      10 Post Office Square, Suite 1100
                                      Boston, MA 02109
                                      (617) 350-0950

# SUPPLEMENTAL REQUEST NO. 2

The defense of advice of counsel "may serve to rebut the scienter element of a […] civil charge requiring a wilful or intentional violation of the law," such as a claim for intentional interference with contractual relations.[1]

In this case, among other things, you may consider whether the Individual School Officials reasonably relied on the advice of legal counsel in making their decision not to renew the Plaintiff's contract.[2]

---

[1] DiLiddo v. Oxford St. Realty, Inc., 450 Mass. 66, 79–80 (2007) (citing G.S. Enters., Inc. v. Falmouth Marine, Inc., 410 Mass. 262, 269 (1991) United States v. Powell, 513 F.2d 1249, 1251 (8th Cir. 1975)).

[2] G.S. Enterprises, Inc. v. Falmouth Marine, Inc., 410 Mass. 262, 275 (1991) *(citing* Higgins v. Pratt, 316 Mass. 700, 710–711 (1944)).

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 16, 2019.

/s/ John M. Wilusz

_____

John M. Wilusz, Esq.