UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
STEPHEN F. CASS,                   )
                                   )
            Plaintiff,             )
                                   )
v.                                 )   Civil Action
                                   )   No. 17-11441-PBS
TOWN OF WAYLAND and WAYLAND        )
PUBLIC SCHOOLS,                    )
                                   )
            Defendants.            )
_____)

## VERDICT FORM

Saris, C.J.

[Answer Q.1 and Q.2]

A. **Title IX**

   1. Has the plaintiff, Stephen F. Cass, proven that Wayland retaliated against him in violation of Title IX?

      Yes _____        No __✓__

B. **Massachusetts Whistleblower Act**

   2. Has the plaintiff proven that Wayland retaliated against him in violation of the Massachusetts Whistleblower Act?

      Yes __✓__        No _____

[If you answer "no" to Q.1 and Q.2, go to the end of the verdict form and sign it. If you answer "yes" to either Q.1 or Q.2, answer Q.3, Q.4, and Q.5.]

C. **Damages**

3. What amount of damages is the plaintiff entitled to receive for past lost wages and benefits?

Past Lost Wages and Benefits

$[numbers] $100,000

[written out] One hundred thousand dollars

4. What amount of damages is the plaintiff entitled to receive for emotional distress?

Emotional Distress

$[numbers] $150,000

[written out] One hundred ~~thousand &~~ fifty thousand dollars.

5. What amount of damages is the plaintiff entitled to receive for future lost wages and benefits?

Future Lost Wages and Benefits

$[numbers] $0

[written out] Zero Dollars

[If you awarded an amount of damages for future lost wages and benefits for Q.5, answer Q.6. If you awarded no damages for future lost wages and benefits, go to the end of the verdict form and sign it.]

6.  Specify the number of years plaintiff would have continued in his role as the Wayland High School athletic director if not for Wayland's unlawful conduct:

[number of years] _____

[written out] _____

I certify that the answers to each of the questions is unanimous.

Dated: _19 July 2019_       _____
                             Foreperson