# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STEPHAN CAAS )
) Civil No. 17cv11441-PBS
_____, )
Plaintiff(s), ) Criminal No. _____
)
v. )
)
WAYLAND )
)
_____, )
Defendant(s). )
)
)

## NOTE FROM THE JURY

YOUR HONOR:

① Would you please better define the word substantial as it relates to "Fourth element" point #4 p19 line 21-25.

7/18/19 Plaintiff must prove, by a preponderance of the evidence, that his participation in a protected activity was a substantial motivating reason for Wayland's decision not to renew his contract. Use the everyday meaning of the term substantial in your deliberations.

*[Signature]*
11:25 am
7/18/19

DATE: 18 July, 20 19   AT Boston, MA   TIME: 10:30 AM

*[Signature]*
SIGNATURE OF FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

S. CAAS ) Civil No. 17cv11441-PBS
_____,  )
Plaintiff(s), ) Criminal No. _____
)
v. )
)
WAYLAND. )
)
_____, )
Defendant(s). )
)

## NOTE FROM THE JURY

YOUR HONOR:

IF WE HAVE MADE A VERDICT EARLIER IN THE DAY than 5pm what is the process at that point? We let you know that we have a verdict and then what happens?

7/19/19 · Let us know when you have a verdict and I will take it as soon as possible.

DATE: 19 July, 2019  AT Boston, MA  TIME: 9AM  PBS

_____
SIGNATURE OF FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

S. CAAS )
_____ )  Civil No. _____
_____, )
   Plaintiff(s),       )  Criminal No. _____
                       )
v.                     )
                       )
WAyLand                )
_____  )
_____, )
   Defendant(s).       )
                       )
_____  )

## NOTE FROM THE JURY

YOUR HONOR:

Please clarify by "promulgated pursuant to law." within the paragraph Page 16 line 1 → 7.

Promulgated means adopted or enacted under the law. Read the whole instruction for further guidance.

_Patti B Saris_
10:05 am
7/19/19

DATE: 19 July, 20 19    AT Boston, MA    TIME: 9:30 AM

_____
SIGNATURE OF FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Cass

_____,  ) Civil No. 17-11441-PBS
**Plaintiff(s),**    ) Criminal No. _____
                     )
v.                   )
Wayland              )
_____,   )
**Defendant(s).**    )

## NOTE FROM THE JURY

YOUR HONOR:

Two questions, please:

① Can you please define past wages and future wages? What years define each?

② When considering mitigation, do we only apply that to future? as defined in #① above?

~~What about emotional distress?~~

∗ Questions Answered on the Record.

DATE: 19 July, 20 19   AT Boston, MA   TIME: 11:44

_____
**SIGNATURE OF FOREPERSON**