UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMES BERGER (MISNAMED),<br><br>Defendants. | C.A. NO 1:17-cv-11441 |

## [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came before this court for a trial by jury, which commenced on July 8, 2019. The issues have been tried and the jury has rendered its verdict, which was read in open court on July 19, 2019.

IT IS ORDERED AND ADJUDGED:

Judgment for Plaintiff Stephen F. Cass against Defendants Town of Wayland and Wayland Public Schools, as to Count II (Violation of the Massachusetts Whistleblower Protection Act), in the amount of $250,000 with the addition of pre-judgment interest at a rate of 12% per annum from May 8, 2017, as calculated by the clerk of court at the appropriate time. Judgment for the Defendants, Town of Wayland and Wayland Public Schools, as to Count I (Violation of Title IX). In accordance with the Court's May 30, 2019 Memorandum and Order allowing the Defendants' Motion for Summary Judgment (in part), Judgment for Defendants with respect to Counts III (Malicious Prosecution), IV (Intentional Infliction of Emotional Distress), V (Violations of 42 U.S.C. § 1983 and Mass. Gen. Laws ch. 12, § 11H), and VI (Defamation). Count VII (Intentional Interference with Contractual Relations) was voluntarily withdrawn by Plaintiff during trial.

The issues of awarding (1) three times the lost wages, benefits and other remuneration and interest thereon, (2) payment of attorneys' fees and costs to Plaintiff pursuant to the Massachusetts Whistleblower Protection Act (Mass. Gen. L. c. 149 § 185(d)), and (3) the issue of reducing plaintiff's award for emotional distress on remittitur will be determined by this Court following further briefing by the parties in accordance with Fed. R. Civ. P. 59.

APPROVED

_____
Patti B. Saris, Chief Judge
United States District Court

Date: 8/2/19          Clerk: _____

2

964307.v1