

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

September 26, 2019

**Via Regular and Electronic Mail**

The Honorable Patti B. Saris
Chief Judge
U.S. District Court of Massachusetts
One Courthouse Way
Boston, MA 02210

    *Re:*    *Stephen F. Cass v. Town of Wayland, et al.*
            *C.A. No. 1:17-cv-11441*

Dear Chief Judge Saris:

We are in receipt of Defendants' letter to this Court, dated September 24, 2019, in which Defendants request that this Court "review and consider the matters raised during the in camera hearing held on plaintiff's counsel's Motion for Leave to Withdraw (Doc. No. 56)."

As an initial matter, we regret that we are forced to respond via letter to Defendants' procedurally and substantively improper and inappropriate request. However, we must inform the Court that we object to Defendants' request as set forth in the September 24, 2019 letter, which we view as a veiled attempt to assail Mr. Cass's character in the eyes of the Court on the basis that his former lawyer previously withdrew from this case.

The reason for the withdrawal is confidential and privileged and certainly does not bear on the jury's verdict at trial finding that Defendants violated the Massachusetts Whistleblower Protection Act and the jury's award of damages relating to that violation. Furthermore, the reason for the withdrawal should have no bearing on the Court's discretion to award fees and multiple damages, and/or reinstate Mr. Cass.

Defendants have not cited any authority or precedent demonstrating that, in formulating its post-trial rulings, this Court should review and consider sealed, confidential and privileged records relating to a party's former counsel's motion to withdraw from the case. Moreover, at no time prior to trial did Defendants file a motion to unseal the records at issue that they now ask via letter to be reviewed by this Court. To the extent that Defendants deemed the content and/or substance of those records to be relevant in any way to the claims at issue for trial, Defendants should have moved to unseal those records prior to trial. They did not do so. Their request at this belated juncture should be denied.

ADLER POLLOCK & SHEEHAN P.C.

The Honorable Patti B. Saris
September 26, 2019
Page 2

To the extent that this Court is inclined to grant Defendants' request, we respectfully request the opportunity for full briefing.

Thank you for your consideration.

Very truly yours,

TODD D. WHITE
twhite@apslaw.com

JAMIE J. BACHANT
jbachant@apslaw.com

cc: Adam Simms, Esq.
John Wilusz, Esq.

971119.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September, 2019, I filed the within through the ECF system and that notice will be sent electronically to the below listed counsel who are registered participants identified on the mailing information for Case No. 17-11441.

Adam Simms, Esq.
John M. Wilusz, Esq.
John J. Davis, Esq.
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

                                                                                    */s/ Todd D. White*