UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF WAYLAND and the WAYLAND PUBLIC SCHOOLS,<br>    Defendants. | C.A. NO. 1:17-cv-11441 |

**TOWN OF WAYLAND'S MOTION TO FILE UNDER SEAL CERTAIN RECORDS RELATING TO DEFENDANTS' MOTION TO VACATE OR, IN THE ALTERNATIVE, TO COMPEL PRODUCTION OF PLAINTIFF'S PREVIOUSLY UNDISCLOSED MENTAL HEALTH TREATMENT RECORDS**

Pursuant to Local Rule 5.4, The Town of Wayland and the Wayland Public Schools ("Town") respectfully move this Court for leave to file under seal the five pages of deposition testimony annexed as Exhibit D to the letter hand-delivered to the Court on October 11, 2019. The Town's Motion for Leave to File Under Seal is necessary due to the highly sensitive and personal nature of the contents of said Exhibit, which was subject to a Confidentiality Agreement between the parties not previously filed with the Court.

Accordingly, the Town respectfully requests that this Court grant the Motion to File Under Seal.

Respectfully submitted,
The Defendants,
TOWN OF WAYLAND AND
THE WAYLAND PUBLIC SCHOOLS,
By their attorneys,
**PIERCE DAVIS & PERRITANO LLP**

*/s/ John M. Wilusz*
Adam Simms, BBO #632617
John M. Wilusz, BBO #684950
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

Dated:  October 16, 2019

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 16, 2019.

*/s/ John M. Wilusz*
John M. Wilusz