**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN F. CASS,<br><br>          Plaintiff,<br><br>          vs.<br><br>TOWN OF WAYLAND and WAYLAND PUBLIC SCHOOLS,<br><br>          Defendants. | C.A. NO 1:17-cv-11441 |

## JOINT STATUS REPORT

In accordance with the Court's instructions at the hearing held on October 18, 2019 relating to Plaintiff's Motion for Payment of Attorneys Fees (Doc. 175), the parties hereby represent the following:

1. On Tuesday, October 22, 2019, Plaintiff's counsel provided copies of billing statements from both Adler, Pollock & Sheehan, P.C. and Torres, Scammon, Hincks & Day, LLP to counsel for the defendants, which were further revised to include additional reductions and eliminations, in accordance with the Court's instructions at the October 18, 2019 hearing. Counsel for the defendants immediately commenced a review of the revised fees.

2. On Thursday, October 24, 2019, undersigned counsel for the parties (together with Attorney Benjamin Hincks) held an extensive, detailed phone conference to discuss additional reductions proposed by counsel for Defendants.

3. The parties continue to work diligently and cooperatively to try to resolve their differences in short order. Those efforts and discussions are still ongoing.

                                       Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>STEPHEN F. CASS,<br>By his Attorneys, | Defendants,<br>TOWN OF WAYLAND and WAYLAND PUBLIC SCHOOLS,<br>By their Attorneys, |
| */s/ Todd D. White*<br>Todd D. White, BBO #565924<br>Jamie J. Bachant, BBO #684244<br>Ali Khorsand, BBO #675060<br>ADLER POLLOCK & SHEEHAN P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI  02903-1345<br>Tel:  401-274-7200<br>twhite@apslaw.com<br>jbachant@apslaw.com<br>akhorsand@apslaw.com | */s/ John M. Wilusz*<br>Adam Simms, BBO #632617<br>John M. Wilusz, BBO #684950<br>John J. Davis, BBO #115890<br>PIERCE DAVIS & PERRITANO LLP<br>10 Post Office Square, Suite 1100<br>Boston, MA 02109<br>(617) 350-0950<br>asimms@piercedavis.com<br>jwilusz@piercedavis.com<br>jdavis@piercedavis.com |

Dated:  October 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2019, I filed the within through the ECF system and that notice will be sent electronically to the below listed counsel who are registered participants identified on the mailing information for Case No. 17-11441.

Adam Simms, Esq.
John M. Wilusz, Esq.
John J. Davis, Esq.
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

                                       */s/ Todd D. White*

974624.v1