**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN F. CASS,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF WAYLAND and WAYLAND PUBLIC SCHOOLS,<br><br>Defendants. | C.A. NO 1:17-cv-11441 |

**JOINT STATUS REPORT**

The parties, through their undersigned attorneys, hereby represent that they continue to work diligently and cooperatively toward full case resolution. The undersigned intends to provide another update to this Court relating to this effort on or before December 13, 2019.

Respectfully submitted,

Plaintiff,
STEPHEN F. CASS,
By his Attorneys,

*/s/ Todd D. White*
Todd D. White, BBO #565924
Jamie J. Bachant, BBO #684244
Ali Khorsand, BBO #675060
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
twhite@apslaw.com
jbachant@apslaw.com
akhorsand@apslaw.com

Defendants,
TOWN OF WAYLAND and WAYLAND PUBLIC SCHOOLS,
By their Attorneys,

*/s/ Adam Simms*
Adam Simms, BBO #632617
John M. Wilusz, BBO #684950
John J. Davis, BBO #115890
PIERCE DAVIS & PERRITANO LLP
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

Dated: November 15, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2019, I filed the within through the ECF system and that notice will be sent electronically to the below listed counsel who are registered participants identified on the mailing information for Case No. 17-11441.

Adam Simms, Esq.
John M. Wilusz, Esq.
John J. Davis, Esq.
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

*/s/ Todd D. White*

977227.v1