UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CASS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF WAYLAND, WAYLAND PUBLIC )<br>SCHOOLS, WAYLAND POLICE )<br>DEPARTMENT, PAUL STEIN, BRAD )<br>CROZIER, ALLYSON MIZOGUCHI, AND )<br>JAMES BERGER )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-11441 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties that the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, with each party to bear its own costs, expenses and attorney's fees, whether by statute or otherwise, and with all rights of appeal waived.

- 2 -

| | |
|---|---|
| The Plaintiff,<br>STEPHEN F. CASS,<br>By his attorneys,<br>**ADLER POLLOCK & SHEEHAN, P.C.**<br><br>*/s/ Todd D. White*<br>Todd D. White, Esq. BBO #5659224<br>Jamie J. Bachant, Esq. BBO #684244<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903<br>(401) 274-7200<br>twhite@apslaw.com<br>jbachant@apslaw.com | The Defendants,<br>TOWN OF WAYLAND and<br>WAYLAND PUBLIC SCHOOLS, et al.<br>By their attorneys,<br>**PIERCE DAVIS & PERRITANO LLP**<br><br>*/s/ Adam Simms*<br>Adam Simms, BBO #63217<br>John M. Wilusz, BBO #684950<br>John J. Davis, BBO #115890<br>10 Post Office Square, Suite 1100N<br>Boston, MA 02109-4603<br>(617) 350-0950<br>asimms@piercedavis.com<br>jwilusz@piercedavis.com<br>jdavis@piercedavis.com |

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2019, I filed the within through the ECF system and that notice will be sent electronically to the below listed counsel who are registered participants identified on the mailing information for Case No. 17-11441.

Adam Simms, Esq.
John M. Wilusz, Esq.
John J. Davis, Esq.
Pierce Davis & Perritano LLP
10 Post Office Square, Suite 1100
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jwilusz@piercedavis.com
jdavis@piercedavis.com

                                                */s/ Todd D. White*