## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STEPHEN F. CASS,

                          Plaintiff,

     v.                                              Civil Action No.: 1:17-cv-11441

TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS,
WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD
CROZIER, ALLISON MIZOGUCCI, AND JAMIE BERGER.

                          Defendants.

### TORRES, SCAMMON, HINCKS & DAY, LLP'S MOTION TO UNSEAL THE RECORD OF THE SEPTEMBER 13, 2018 *EX PARTE* HEARING

Former counsel for Plaintiff Stephen F. Cass – Torres, Scammon, Hincks & Day, LLP

("TSH&D") – respectfully move this Court for an order unsealing the "partially sealed" record of

the *ex parte* hearing before Magistrate Judge Jennifer Boal held on September 13, 2018

concerning the Motion to Withdraw as Attorney filed by Mr. Cass.

As set forth more fully in the accompanying Memorandum of Law, this motion should be

granted not only because there is a common law presumption favoring public access to judicial

records, but, more particular to this case, TSH&D has good cause to request the unsealing of

these records in response to Plaintiff Mr. Cass's recent accusations against TSH&D regarding the

basis for the withdrawal, which is utterly belied by several statements within the sealed record,

including several statements made in open Court by Mr. Cass himself.

Pursuant to Local Rule 7.1(a)(2), TSH&D states that it has conferred by email with the

parties or their counsel with respect to the instant motion.  Plaintiff has indicated that he intends

to oppose this Motion; Defendants counsel has indicated that Defendants do not intend to oppose this Motion.

Wherefore, for the reasons set forth more fully in the accompanying Memorandum of Law, TSH&D respectfully requests that the Court grant this Motion and approve the relief requested herein.

## REQUEST FOR ORAL ARGUMENT

TSH&D believes that oral argument may assist the Court in resolving the issues presented by this Motion, and, thus, requests a hearing pursuant to Local Rule 7.1(d).

Dated: March 5, 2020

Respectfully submitted,

TORRES, SCAMMON, HINCKS
& DAY, LLP

*/s/ Kristen S. Scammon*
Kristen S. Scammon (BBO #634586)
Benjamin L. Hincks (BBO #630685)
TORRES, SCAMMON, HINCKS
& DAY, LLP
35 India Street, 5th Floor
Boston MA 02110
T: (617) 348-4426
E: bhincks@tshdlegal.com
   kscammon@tshdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served by email and regular mail on Plaintiff Stephen F. Cass, whom I understand is not currently represented by counsel.

*/s/ Kristen S. Scammon*

2