UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN F. CASS,<br><br>       Plaintiff,<br>v.<br><br>TOWN OF WAYLAND, WAYLAND PUBLIC SCHOOLS, WAYLAND POLICE DEPARTMENT, PAUL STEIN, BRAD CROZIER, ALLYSON MIZOGUCHI, and JAMES BERGER [Misnamed],<br><br>       Defendants. | CIVIL ACTION NO.: 1:17-CV-11441 |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2, Todd White, Esq., Jamie J. Bachant, Esq., Ali Khorsand, Esq., and the firm of Adler Pollock & Sheehan P.C. (collectively, "APS"), respectfully seek leave of the Court to withdraw as counsel for Plaintiff Stephen F. Cass ("Mr. Cass") in the above-captioned matter. As set forth more fully below, after this case closed following the filing of a stipulation of dismissal on December 20, 2019, Mr. Cass initiated a fee dispute with APS and, as a result, on December 31, 2019, APS advised Mr. Cass that it was withdrawing from its representation of him in connection with this matter. APS's withdrawal was mandated by Massachusetts Rules of Professional Conduct 1.16(a)(1) and 1.7(a)(2). APS could not continue in its representation of Mr. Cass because a conflict had arisen between Mr. Cass and APS. APS did not file a motion to withdraw as counsel in this action at that time because the case had been closed. On March 5, 2020, however, Torres, Scammon, Hincks & Day, LLP's ("TSH&D") reopened this action by filing a motion to unseal the record of the September 13, 2018 *ex parte* hearing. As APS remains counsel of record for Mr. Cass in this action, it is now appropriate for APS to file this

*[Handwritten annotation:]* 3/12/20 Denied. The case is closed. /s/ Patti B. Saris